**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/15**

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| **Part 1:** | **Identify Yourself** |
|---|---|

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Darrel**<br>First Name<br><br>**T**<br>Middle Name<br><br>**Uselton**<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – __9_ _5_ _5_ _2_<br><br>OR<br><br>9xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br><br>OR<br><br>9xx – xx – ___ ___ ___ ___ |

Debtor 1    __Darrel T Uselton_____    Case number (if known) _____

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

About Debtor 1:

☑ I have not used any business names or EINs.

Business name _____

Business name _____

Business name _____

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business names or EINs.

Business name _____

Business name _____

Business name _____

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

**5.** **Where you live**

__10111 W. Hidden Lake Ln_____
Number     Street

_____

_____

__Richmond_____ __TX__ __77406__
City                     State    ZIP Code

__Fort Bend_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number     Street

_____
P.O. Box

_____
City                     State    ZIP Code

If Debtor 2 lives at a different address:

_____
Number     Street

_____

_____

_____
City                     State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number     Street

_____
P.O. Box

_____
City                     State    ZIP Code

**6.** **Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain.
(See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain.
(See 28 U.S.C. § 1408.)

---

**Part 2:   Tell the Court About Your Bankruptcy Case**

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1    **Darrel T Uselton** _____    Case number (if known) _____

| | | |
|---|---|---|
| **8.** | **How you will pay the fee** | ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |
| | | ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay Your Filing Fee in Installments (Official Form 103A). |
| | | ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition. |

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.

District _____ When _____ Case number _____
                               MM / DD / YYYY

District _____ When _____ Case number _____
                               MM / DD / YYYY

District _____ When _____ Case number _____
                               MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
                               MM / DD / YYYY   if known

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
                               MM / DD / YYYY   if known

**11. Do you rent your residence?**

☑ No. Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

     ☐ No. Go to line 12.
     ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it with this bankruptcy petition.

Debtor 1   **Darrel T Uselton** _____   Case number (if known) _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.  Go to Part 4.
☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____
City                            State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?
_____
Number     Street

_____

_____
City                            State        ZIP Code

---

Debtor 1 __**Darrel T Uselton**_____     Case number (if known) _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Darrel T Uselton**                                              Case number (if known)   _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.  What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No.  Go to line 16b.
☐ Yes.  Go to line 17.

16b.  **Are your debts primarily business debts?**  *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No.  Go to line 16c.
☑ Yes.  Go to line 17.

16c.  State the type of debts you owe that are not consumer or business debts.

_____

**17.  Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7.  Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.   I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18.  How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19.  How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20.  How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1    **Darrel T Uselton**                                                        Case number (if known)

| Part 7: | Sign Below |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code.  I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X  **/s/ Darrel T Uselton**                                    X _____
   Darrel T Uselton, Debtor 1                                     Signature of Debtor 2

   Executed on **07/17/2017**                                     Executed on _____
                MM / DD / YYYY                                                 MM / DD / YYYY

Debtor 1    **Darrel T Uselton** _____    Case number (if known) _____

**For your attorney, if you are represented by one**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**If you are not represented by an attorney, you do not need to file this page.**

X  **/s/ Johnie Patterson** _____    Date  **07/17/2017** _____
     Signature of Attorney for Debtor                                    MM / DD / YYYY

**Johnie Patterson** _____
Printed name

**Walker & Patterson, P.C.** _____
Firm Name

**P.O. Box 61301** _____
Number          Street

_____

_____

**Houston** _____    **TX** _____    **77208** _____
City                                     State      ZIP Code

Contact phone  **(713) 956-5577** _____    Email address **jjp@walkerandpatterson.com** _____

**15601700** _____    _____
Bar number                               State

**Fill in this information to identify your case and this filing:**

Debtor 1     **Darrel**       **T**       **Uselton**
             First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name       Middle Name       Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list
the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are
filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate
sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**     **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

     ☐ No. Go to Part 2.
     ☑ Yes. Where is the property?

1.1.

**10111 W. Hidden Lake Lane**
Street address, if available, or other description

**Richmond**       **TX**   **77406**
City           State   ZIP Code

**Fort Bend**
County

**Property ID #R185519**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local
property identification number:** _____

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the
entire property?**     **Current value of the
portion you own?**

    **$1,363,240.00**       **$681,620.00**

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**Fee Simple**

☑ **Check if this is community property**
    (see instructions)

Debtor 1  **Darrel T Uselton** _____  Case number (if known) _____

---

**1.2.**

**Section 42, Block 71 TSP 7 T&P RR**
**Hudspeth County, Texas**

**604.683 Acres**
**1/3 Ownership By Darrel Uselton**
**1/3 Ownership By Jack Uselton**
**1/3 Ownership By U.S. Development**
**Corp.**

**Hudspeth**
County

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the**        **Current value of the**
**entire property?**            **portion you own?**

$48,375.00                     $16,125.00

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**Fee Simple**

☐ Check if this is community property
(see instructions)

---

**2.**  Add the dollar value of the portion you own for all of your entries from Part 1, including any
entries for pages you have attached for Part 1. Write that number here........................................➔  | **$697,745.00** |

---

**Part 2:     Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles
you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.**  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

**3.1.**

Make:        **Ford**
Model:       **F250**
Year:        **2015**
Approximate mileage: **22,000**

Other information:
**2015 Ford F250 (approx. 22000 miles)**

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the**        **Current value of the**
**entire property?**            **portion you own?**

$46,000.00                     $46,000.00

**3.2.**

Make:        **Toyota**
Model:       **Sienna**
Year:        **2015**
Approximate mileage: **22,000**

Other information:
**2015 Toyota Sienna (approx. 22000
miles)**
**Sole Managed Community Property Of
Non-Filing Spouse**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the**        **Current value of the**
**entire property?**            **portion you own?**

$31,800.00                     $0.00

---

Debtor 1    **Darrel T Uselton** _____    Case number (if known) _____

---

| 3.3.<br>Make: | **Branson 4520R Trac** | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

| Model: | _____ | ☐ Debtor 1 only | **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|---|---|---|
| Year: | _____ | ☐ Debtor 2 only | | |
| Approximate mileage: | _____ | ☐ Debtor 1 and Debtor 2 only | | |
| | | ☐ At least one of the debtors and another | $20,000.00 | $0.00 |

Other information:
**Includes Front-End Loader & 6ft Mower & Box Blade (Non-Filing Spouse's Sole Managed Community Property)**
**Financed Through Well's Fargo**

☑ **Check if this is community property** (see instructions)

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☑ No
    ☐ Yes

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any
    entries for pages you have attached for Part 2.  Write that number here.......................................➜   | $46,000.00 |

---

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

    ☐ No
    ☑ Yes. Describe..... **See continuation page(s).**    $35,795.00

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ☑ Yes. Describe..... **See continuation page(s).**    $4,925.00

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☐ No
    ☑ Yes. Describe..... **See continuation page(s).**    $1,410.00

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☐ No
    ☑ Yes. Describe..... **See continuation page(s).**    $3,080.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe..... **See continuation page(s).**    $915.00

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe..... **See continuation page(s).**    $1,850.00

---

Debtor 1    **Darrel T Uselton**_____     Case number (if known) _____

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
    gold, silver

    ☐ No
    ☑ Yes. Describe.....    **See continuation page(s).**                                              $325.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☑ Yes.  Describe.....    **3 German Shepherds**                                               $2,500.00
                             **1 Collie**
                             **1 Dalmation**
                             **10 Parrots**
                             **1 Pot Belly Pig**

14. **Any other personal and household items you did not already list, including any health aids you
    did not list**

    ☑ No
    ☐ Yes.  Give specific
            information............                                                               _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have
    attached for Part 3.  Write the number here**.........................................................➔   | $50,800.00 |

| **Part 4:** | **Describe Your Financial Assets** |

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your
    petition

    ☐ No
    ☑ Yes..................................................................... Cash: .........................     $136.00

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions,
    brokerage houses, and other similar institutions.  If you have multiple accounts with the same
    institution, list each.

    ☐ No
    ☑ Yes...........................       Institution name:

    17.1.    Checking account:    **Checking account with New First Bank**_____      $593.13

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes...........................   Institution or issuer name:

Debtor 1    **Darrel T Uselton** _____    Case number (if known) _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes.  Give specific
information about
them.........................    Name of entity:                          % of ownership:

> **Paloma Del Norte, LLC**
> **(Spouse's Sole Managed Community Property)**          **100%**          **$0.00**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
_Negotiable instruments_ include personal checks, cashiers' checks, promissory notes, and money orders.
_Non-negotiable instruments_ are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific
information about
them.........................    Issuer name:

21. **Retirement or pension accounts**
_Examples:_  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
profit-sharing plans

☐ No
☑ Yes.  List each
account separately.    Type of account:    Institution name:

> IRA:          **IRA with Edward Jones**          **$76,338.00**

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
_Examples:_  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes...........................    Institution name or individual:

23. **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☐ No
☑ Yes...........................    Issuer name and description:

> **Lincoln National Life Cust - Edward Jones**          **$348,597.77**

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☐ No
☑ Yes...........................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

> **Custodian - Giselle Uselton UGMA - $15,572.40**
> **Edward Jones**          **$0.00**
>
> **529(b)(1) Giselle Uselton - $62,966.38**          **$0.00**
>
> **529(b)(1) - Darcy Uselton - $1,190.68**
> **Edward Jones**          **$0.00**

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific
information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
_Examples:_  Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific
information about them

Debtor 1    **Darrel T Uselton**                                           Case number (if known) _____

**27.  Licenses, franchises, and other general intangibles**
  *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

  ☒ No
  ☐ Yes.  Give specific
  information about them                                                                          _____

**Money or property owed to you?**                                         **Current value of the portion you own?**
                                                                           Do not deduct secured claims or exemptions.

**28.  Tax refunds owed to you**

  ☒ No
  ☐ Yes.  Give specific information                                        Federal:  _____
  about them, including whether
  you already filed the returns                                           State:  _____
  and the tax years.....................                                   Local:  _____

**29.  Family support**
  *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

  ☒ No
  ☐ Yes.  Give specific information                                       Alimony:  _____

                                                                          Maintenance:  _____

                                                                          Support:  _____

                                                                          Divorce settlement:  _____

                                                                          Property settlement:  _____

**30.  Other amounts someone owes you**
  *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
  compensation, Social Security benefits; unpaid loans you made to someone else

  ☒ No
  ☐ Yes.  Give specific information                                                               _____

**31.  Interests in insurance policies**
  *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

  ☐ No
  ☒ Yes.  Name the insurance
  company of each policy
  and list its value.................

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **TransAmerica Life** | **Wife & Children** | **$118,289.49** |
| **Health Insurance - Community Health Choice** | **Debtor & Family** | **$0.00** |

**32.  Any interest in property that is due you from someone who has died**
  If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
  entitled to receive property because someone has died

  ☒ No
  ☐ Yes.  Give specific information                                                               _____

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
  *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

  ☒ No
  ☐ Yes.  Describe each claim........                                                             _____

Debtor 1    **Darrel T Uselton** _____    Case number (if known) _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes. Describe each claim........                                                    _____

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information                                                    _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**..................................................➜ | **$543,954.39** |

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☐ No. Go to Part 6.
    ☑ Yes. Go to line 38.

|  | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes. Describe..                                                    _____

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☐ No
    ☑ Yes. Describe..  **See continuation page(s).**                          **$1,040.00**

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☐ No
    ☑ Yes. Describe..  **"We Buy Gold" Sign - $200.00**                     **$0.00**
                    **Spouse's Separate Property**

41. **Inventory**

    ☑ No
    ☐ Yes. Describe..                                                    _____

42. **Interests in partnerships or joint ventures**

    ☑ No
    ☐ Yes. Describe.....   Name of entity:                      % of ownership:

43. **Customer lists, mailing lists, or other compilations**

    ☑ No
    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
        ☐ No
        ☐ Yes. Describe.....                                       _____

44. **Any business-related property you did not already list**

    ☑ No
    ☐ Yes. Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**..................................................➜ | **$1,040.00** |

Debtor 1   **Darrel T Uselton** _____   Case number (if known) _____

---

**Part 6:   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

---

46.   **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No.  Go to Part 7.
☑ Yes.  Go to line 47.

| | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

47.   **Farm animals**
      _Examples:_ Livestock, poultry, farm-raised fish

☐ No
☑ Yes.... **See continuation page(s).**                                         $1,985.00

48.   **Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
      information...............                                                _____

49.   **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☑ Yes.... **See continuation page(s).**                                         $395.00

50.   **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....                                                                        _____

51.   **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
      information...............                                                _____

52.   Add the dollar value of all of your entries from Part 6, including any entries for pages you have
      attached for Part 6.  Write that number here............................................................→  $2,380.00

---

**Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above**

---

53.   **Do you have other property of any kind you did not already list?**
      _Examples:_ Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

54.   Add the dollar value of all of your entries from Part 7.  Write that number here.............................→  $0.00

Debtor 1    **Darrel T Uselton** _____    Case number (if known) _____

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55.  **Part 1: Total real estate, line 2**.......................................................................➔   $697,745.00

56.  **Part 2: Total vehicles, line 5**                                    $46,000.00

57.  **Part 3: Total personal and household items, line 15**          $50,800.00

58.  **Part 4: Total financial assets, line 36**                       $543,954.39

59.  **Part 5: Total business-related property, line 45**             $1,040.00

60.  **Part 6: Total farm- and fishing-related property, line 52**    $2,380.00

61.  **Part 7: Total other property not listed, line 54**      +      $0.00

62.  **Total personal property.**    Add lines 56 through 61.................   $644,174.39    Copy personal property total ➔  +   $644,174.39

63.  **Total of all property on Schedule A/B.**    Add line 55 + line 62...............................................    $1,341,919.39

Debtor 1    **Darrel T Uselton**                                                                Case number (if known) _____

**6.**   **Household goods and furnishings (details):**

| | |
|---|---|
| **6 Chairs for Dining Room** | $200.00 |
| **Antique Sterling Silver Silverware Set** | $400.00 |
| **3 Barstools** | $60.00 |
| **Daily Dinnerware Dishes/Cups** | $25.00 |
| **Dinner Hutch** | $50.00 |
| **Gorman Dinnerware Set** | $25.00 |
| **Matching China Hutch** | $200.00 |
| **Misc Decorative Glassware** | $75.00 |
| **Persian Rug** | $500.00 |
| **Samsung TV** | $200.00 |
| **Wall Hutch Cabinet** | $25.00 |
| **2 Corner Cabinets** | $50.00 |
| **Kenmore Washer & Dryer** | $200.00 |
| **Poulan Push Mower** | $150.00 |
| **Craft Table** | $25.00 |
| **Futon** | $75.00 |
| **Persian Rug** | $200.00 |
| **Punching Bob** | $25.00 |
| **Bench** | $25.00 |
| **Child Clothing Hutch** | $50.00 |
| **Child Dresser** | $25.00 |
| **Jungle Gym** | $25.00 |
| **Mirror Dresser** | $250.00 |
| **Misc Toys** | $350.00 |
| **Play Table and Chairs** | $10.00 |
| **Round Bed** | $300.00 |
| **Round Table** | $20.00 |
| **Swinging Chair** | $50.00 |
| **TV Hutch** | $100.00 |
| **2 Safes for Documents (Empty)** | $75.00 |
| **Office Pictures** | $50.00 |
| **Luggage** | $100.00 |
| **Office Television** | $75.00 |

Debtor 1    **Darrel T Uselton** _____    Case number (if known) _____

| | |
|---|---|
| **8 Piece China Set** | $50.00 |
| **China Hutch** | $400.00 |
| **China Set for 10** | $75.00 |
| **Dinerware for 20** | $50.00 |
| **Dining Room Set of 10 Chairs** | $800.00 |
| **Decorative Glassware** | $200.00 |
| **Oriental Rug** | $700.00 |
| **200 Gallon Cylinder Aquarium** | $400.00 |
| **3 End Wood Tables** | $75.00 |
| **5 Parrot Paintings** | $300.00 |
| **Chair** | $25.00 |
| **Entry Valet** | $50.00 |
| **Floral Vase** | $20.00 |
| **Old Tapestry** | $100.00 |
| **Wood Bench** | $25.00 |
| **5 Custom Wood Bird Cages** | $1,000.00 |
| **75 Gallon Bow Front Aquarium** | $600.00 |
| **Bass Curio Cabinet** | $300.00 |
| **Curio Souvenirs Content** | $300.00 |
| **6 Piece Living Room Set** | $1,000.00 |
| **Persian Rug** | $2,500.00 |
| **St Francis Bronze Statue - $100.00 (Spuse's Separate Property)** | $0.00 |
| **Wall Table** | $50.00 |
| **Big Wooden Ship** | $100.00 |
| **Small Wooden Ship** | $40.00 |
| **Outdoor Living Furniture** | $250.00 |
| **Breakfast Table and Chairs** | $25.00 |
| **3 Electric Power Battery Cars** | $150.00 |
| **Kenmore Refrigerator** | $50.00 |
| **Miscellaneous Household Tools** | $200.00 |
| **Oster Microwave** | $25.00 |
| **Shop Vac** | $20.00 |
| **Bed Queen Size** | $300.00 |
| **Bedroom Furniture (3 Pieces)** | $120.00 |

Debtor 1     **Darrel T Uselton** _____     Case number (if known) _____

| | |
|---|---|
| **Clothing Hutch** | $250.00 |
| **Mac Air** | $500.00 |
| **Vinyl/CD Player** | $100.00 |
| **4 Piece Bedroom Set** | $500.00 |
| **Dynex Television** | $100.00 |
| **Art Print** | $20.00 |
| **Samsung DVD/VCR Player** | $25.00 |
| **Bedroom Set (3 Pieces)** | $500.00 |
| **Cedar Chest** | $100.00 |
| **End Table** | $25.00 |
| **Tiffany Lamp** | $25.00 |
| **Vanity** | $75.00 |
| **Western Bench** | $100.00 |
| **Various Bakeware** | $50.00 |
| **Cocktail Glassware** | $25.00 |
| **Coffee Maker** | $50.00 |
| **Daily Dinnerware** | $20.00 |
| **Ice Tea Maker** | $20.00 |
| **Miscellaneous Kitchen Utensils** | $50.00 |
| **Miscellaneous Liquor** | $200.00 |
| **Miscellaneous Small Kitchen Appliances** | $100.00 |
| **Miscellaneous Wone** | $100.00 |
| **Pots and Pans** | $100.00 |
| **Toaster Oven** | $20.00 |
| **Wolf Commercial Range** | $2,500.00 |
| **Dryer** | $200.00 |
| **Washer** | $200.00 |
| **Miscellaneous Books** | $500.00 |
| **4 Piece Living Room Set** | $400.00 |
| **CD Storage Cabinet** | $25.00 |
| **Coffee Table** | $100.00 |
| **Movie Library** | $100.00 |
| **Sony Television** | $200.00 |
| **Wall Table** | $75.00 |

Debtor 1    **Darrel T Uselton** _____    Case number (if known) _____

| | |
|---|---|
| **3 Safes for Documents - $150.00** <br> **(Spouse's Separate Property)** | **$0.00** |
| **Spare Change Piggie Banks - $500.00** <br> **(Spouse's Separate Property)** | **$0.00** |
| **Jewelry Box - $50** | **$0.00** |
| **Bathroom Linens** | **$75.00** |
| **Office Television - $100.00** <br> **(Spouse's Separate Property)** | **$0.00** |
| **Personal Care Products** | **$200.00** |
| **Jewelery Vanity - $50.00** <br> **(Spouse's Separate Property)** | **$0.00** |
| **Lounge Chair** | **$50.00** |
| **Massage Table** | **$200.00** |
| **Vanity Chair** | **$40.00** |
| **Wall Tapestry** | **$75.00** |
| **White Wicker Cabinet** | **$25.00** |
| **2 Bookshelves** | **$50.00** |
| **Decorative Art** | **$150.00** |
| **4 Piece Bedroom Set** | **$2,000.00** |
| **Miscellaneous Books** | **$50.00** |
| **Oriental Rug** | **$200.00** |
| **Rocking Chair** | **$50.00** |
| **Chest Freezer** | **$100.00** |
| **Holiday Decorations** | **$100.00** |
| **Old Coin Supplies and Boxes** | **$100.00** |
| **Antique Desk Chest** | **$25.00** |
| **7 Antique Dolls** | **$140.00** |
| **Baby Grand Piano** | **$500.00** |
| **Western Furniture** | **$1,000.00** |
| **Wall Art (5 Pieces)** | **$125.00** |
| **2 Bunk Beds** | **$600.00** |
| **Miscellaneous Childrens Toys** | **$1,000.00** |
| **Aviary Cages** | **$100.00** |
| **2 Bronze Elephant Statues** | **$100.00** |
| **Coleman Jacuzzi & Spa** | **$1,000.00** |
| **6 Large Flower Pots** | **$120.00** |

Debtor 1    **Darrel T Uselton** _____    Case number (if known) _____

| | |
|---|---|
| **Outdoor BBQ (Propane)** | **$400.00** |
| **20 Patio Chairs** | **$100.00** |
| **3 Patio Tables** | **$75.00** |
| **Rainbow Playground Set** | **$2,000.00** |
| **4 Baby Car Seats** | **$40.00** |
| **Baby High Chair** | **$10.00** |
| **20 Miscellaneous Art Prints** | **$1,000.00** |
| **Miscellaneous Luggage (10 Pieces)** | **$100.00** |
| **Miscellaneous Toys** | **$100.00** |
| **Rainbow Vacuum Cleaner** | **$750.00** |
| **20 Storage Records** | **$0.00** |
| **Movie Library** | **$100.00** |
| **Theater Couch and Chairs** | **$750.00** |
| **Tiffany Lamp** | **$50.00** |
| **Food/Stuff** | **$500.00** |

**7.    Electronics (details):**

| | |
|---|---|
| **Audio Visual Equipment** | **$200.00** |
| **CD-Rom** | **$75.00** |
| **Electronic Keyboard** | **$75.00** |
| **Football Table** | **$75.00** |
| **Wii - Old Version** | **$75.00** |
| **Xbox 360** | **$150.00** |
| **Imac - $800.00** <br> **(Spouse's Separate Property)** | **$0.00** |
| **Microsoft PC - $150.00** <br> **(Spouse's Separate Property)** | **$0.00** |
| **Bose Stereo** | **$100.00** |
| **Audio Visual Equipment** | **$200.00** |
| **Camcorder** | **$150.00** |
| **Cpac Medical Device** | **$250.00** |
| **Ipad Air - $350.00** <br> **(spouse's Separate Property)** | **$0.00** |
| **Mac Pro Book - $500.00** <br> **(Spouse's Separte Property)** | **$0.00** |
| **2 Mini Ipads** | **$400.00** |
| **Printer** | **$50.00** |

Debtor 1     **Darrel T Uselton** _____    Case number (if known) _____

| | |
|---|---:|
| Sony Camera - $250.00<br>(Spouse's Separate Property) | $0.00 |
| Touch Screen Computer - $200.00<br>(Spouse's Separate Property) | $0.00 |
| TV Projector Screen | $250.00 |
| Audio Visual Equipment | $250.00 |
| Karaoke Machine | $75.00 |
| My Dway Arcade Game (Broken) | $100.00 |
| Surround Sound Speakers | $150.00 |
| TV projector and Screen | $300.00 |
| 4 iPhones | $2,000.00 |

**8.**    <u>Collectibles of value (details):</u>

| | |
|---|---:|
| Barbie's Wizard of Oz Collection | $80.00 |
| American Coin Collection | $30.00 |
| Year of Dragon Coins & Mother Mickey Coins | $200.00 |
| Dali Print | $250.00 |
| 10 Parrot Collectibles | $50.00 |
| Antique Silver War Rifle (Broken) | $75.00 |
| Japanese Sword Set | $50.00 |
| Wooden Indian Statue | $200.00 |
| Butterfly Collection | $50.00 |
| Arrowhead Collection (25) | $50.00 |
| Gemstones Collections - $200.00<br>(Spouse's Separate Property) | $0.00 |
| Ansel Adams Prints (5) | $125.00 |
| Collectible Coins - $200.00<br>(Spouse's Separate Property) | $0.00 |
| Mexican Coin Collection - $350.00<br>(Spouse's Separate Property) | $0.00 |
| JJ Watt Framed Jersey | $250.00 |

**9.**    <u>Equipment for sports and hobbies (details):</u>

| | |
|---|---:|
| 4 Bicycles | $80.00 |
| Treadmill | $100.00 |
| 1 Ods Mini UTV | $1,000.00 |
| Miscellaneous Excercise Equipment (8 Pieces) | $600.00 |
| Exercise Chair | $50.00 |
| Winston Soprano Saxophone | $750.00 |

Debtor 1     **Darrel T Uselton** _____     Case number (if known) _____

| | |
|---|---|
| **Yamaha Alto Saxophone** | **$500.00** |

**10.** Firearms (details):

| | |
|---|---|
| **7 Ammo Boxes** | **$140.00** |
| **1 Walther .22 Caliber Pistol and Ammo** | **$150.00** |
| **Handgun Safe (Empty)** | **$25.00** |
| **2 410 Shotguns** | **$150.00** |
| **Girls 22 Mini Rifle** | **$50.00** |
| **Gun Cabinet** | **$50.00** |
| **Fnh 5.7 Pistol - $500**<br>**(Spouse's Separate Property)** | **$0.00** |
| **Mossberg 12 Gauge Shortgun & Ammo $200.00**<br>**(Spouse's Separate Property)** | **$0.00** |
| **Pink Smith & Wesson .38 Special Revolver - $200.00**<br>**(Spouse's Separate Property)** | **$0.00** |
| **Rugger Icp .38 Special - $150.00**<br>**(Spouse's Separate Property)** | **$0.00** |
| **Rugger Is9 9ml Pistal & Ammo** | **$350.00** |

**11.** Clothes (details):

| | |
|---|---|
| **Miscellaneous Purses - $1,500.00**<br>**(Spouse's Separate Property)** | **$0.00** |
| **Childrens Clothing and Shoes** | **$1,000.00** |
| **Men's Shoes** | **$200.00** |
| **Mens Hats** | **$100.00** |
| **Men's Clothing** | **$500.00** |
| **Miscellaneous Women Clothes - $1,000.00**<br>**(Spouse's Separate Property)** | **$0.00** |
| **Miscellaneous Women Shoes - $1,500.00**<br>**(Spouse's Separate Property)** | **$0.00** |
| **10 Boxes of Old Clothes and Shoes** | **$50.00** |

**12.** Jewelry (details):

| | |
|---|---|
| **14k Communion Pendant - $100.00**<br>**(Spuse's Separate Property)** | **$0.00** |
| **Bangled bracelet 18k Gold - $200.00**<br>**(Spouse's Separate Property)** | **$0.00** |
| **Diamond Cross Pendant Necklace  -$750**<br>**(Spouse's Separate Property)** | **$0.00** |
| **Emerald Ring - $500**<br>**(Spouse's Separate Property)** | **$0.00** |
| **Ruby Necklace - $100**<br>**(Spouse's Separate Property)** | **$0.00** |

Debtor 1   **Darrel T Uselton** _____   Case number (if known) _____

| | |
|---|---:|
| **Custom Jewelry - $100**<br>**(Spouse's Separate Property)** | **$0.00** |
| **3 Mens Bracelets** | **$150.00** |
| **5 Mens Rings** | **$125.00** |
| **Pocket Watch** | **$50.00** |
| **39.** Office equipment, furnishings, and supplies (details): | |
| **Computer** | **$200.00** |
| **Desk** | **$75.00** |
| **File Cabinet** | **$20.00** |
| **Glass Book Shelf** | **$50.00** |
| **Globe** | **$45.00** |
| **Misc Books** | **$25.00** |
| **Monitor** | **$400.00** |
| **Office Chair** | **$75.00** |
| **Office Guest Couch** | **$50.00** |
| **Printer** | **$100.00** |
| **Desk - $50.00**<br>**(Spouse's Separate Property)** | **$0.00** |
| **Document Shredder - $50.00**<br>**(Spouse's Separate Property)** | **$0.00** |
| **File Cabinet - $75.00**<br>**(Spouse's Separate Property)** | **$0.00** |
| **Miscellaneous Office Suuplies - $200.00**<br>**(Spouse's Separate Property)** | **$0.00** |
| **3 Office Chairs - $75.00**<br>**Spouse's Separate Property)** | **$0.00** |
| **2 Printers $200**<br>**Spouse's Separate Property)** | **$0.00** |
| **47.** Farm animals (details): | |
| **3 Horses** | **$1,200.00** |
| **6 Goats** | **$240.00** |
| **60 Chickens** | **$300.00** |
| **15 Ducks** | **$150.00** |
| **3 Geese** | **$60.00** |
| **4 Turkeys** | **$35.00** |
| **49.** Farm and fishing equipment, implements, machinery, fixtures, and tools of trade (details): | |
| **Pony Saddle** | **$50.00** |
| **Saddle** | **$300.00** |

Debtor 1    **Darrel T Uselton** _____    Case number (if known) _____

| | |
|---|---|
| **Bridle** | $20.00 |
| **Blanket** | $10.00 |
| **Miscellaneous Tack** | $15.00 |

**Fill in this information to identify your case:**

| Debtor 1 | **Darrel** | **T** | **Uselton** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**   *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**10111 W. Hidden Lake Lane**<br>**Property ID #R185519**<br>Line from *Schedule A/B*:  **1.1** | **$681,620.00** | ☑ **$681,620.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description:<br>**2015 Ford F250 (approx. 22000 miles)**<br>Line from *Schedule A/B*:  **3.1** | **$46,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     ☑ No
     ☐ Yes

| Debtor 1 | **Darrel T Uselton** | Case number (if known) | _____ |

---

**Part 2:** **Additional Page**

---

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2015 Toyota Sienna (approx. 22000 miles) Sole Managed Community Property Of Non-Filing Spouse**<br>Line from *Schedule A/B*: __3.2__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) |
| Brief description:<br>**Branson 4520R Tractor Includes Front-End Loader & 6ft Mower & Box Blade (Non-Filing Spouse's Sole Managed Community Property) Financed Through Well's Fargo (1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __3.3__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) |
| Brief description:<br>**Branson 4520R Tractor Includes Front-End Loader & 6ft Mower & Box Blade (Non-Filing Spouse's Sole Managed Community Property) Financed Through Well's Fargo (2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __3.3__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2) |
| Brief description:<br>**Branson 4520R Tractor Includes Front-End Loader & 6ft Mower & Box Blade (Non-Filing Spouse's Sole Managed Community Property) Financed Through Well's Fargo (3rd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __3.3__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(3) |
| Brief description:<br>**6 Chairs for Dining Room**<br>Line from *Schedule A/B*: __6__ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Antique Sterling Silver Silverware Set**<br>Line from *Schedule A/B*: __6__ | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**3 Barstools**<br>Line from *Schedule A/B*: __6__ | $60.00 | ☑ $60.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

Debtor 1    **Darrel T Uselton**                                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Daily Dinnerware Dishes/Cups**<br><br>Line from *Schedule A/B*: __6__ | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Dinner Hutch**<br><br>Line from *Schedule A/B*: __6__ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Gorman Dinnerware Set**<br><br>Line from *Schedule A/B*: __6__ | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Matching China Hutch**<br><br>Line from *Schedule A/B*: __6__ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Misc Decorative Glassware**<br><br>Line from *Schedule A/B*: __6__ | $75.00 | ☑ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Persian Rug**<br><br>Line from *Schedule A/B*: __6__ | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Samsung TV**<br><br>Line from *Schedule A/B*: __6__ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Wall Hutch Cabinet**<br><br>Line from *Schedule A/B*: __6__ | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**2 Corner Cabinets**<br><br>Line from *Schedule A/B*: __6__ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1   **Darrel T Uselton** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Kenmore Washer & Dryer** <br><br> Line from *Schedule A/B*: ___**6**___ | $200.00 | ☑ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Poulan Push Mower** <br><br> Line from *Schedule A/B*: ___**6**___ | $150.00 | ☑ $150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Craft Table** <br><br> Line from *Schedule A/B*: ___**6**___ | $25.00 | ☑ $25.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Futon** <br><br> Line from *Schedule A/B*: ___**6**___ | $75.00 | ☑ $75.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Persian Rug** <br><br> Line from *Schedule A/B*: ___**6**___ | $200.00 | ☑ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Punching Bob** <br><br> Line from *Schedule A/B*: ___**6**___ | $25.00 | ☑ $25.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Bench** <br><br> Line from *Schedule A/B*: ___**6**___ | $25.00 | ☑ $25.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Child Clothing Hutch** <br><br> Line from *Schedule A/B*: ___**6**___ | $50.00 | ☑ $50.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Child Dresser** <br><br> Line from *Schedule A/B*: ___**6**___ | $25.00 | ☑ $25.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

| Debtor 1 | **Darrel T Uselton** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Jungle Gym** Line from *Schedule A/B*: __6__ | $25.00 | ☑ $25.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Mirror Dresser** Line from *Schedule A/B*: __6__ | $250.00 | ☑ $250.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Misc Toys** Line from *Schedule A/B*: __6__ | $350.00 | ☑ $350.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Play Table and Chairs** Line from *Schedule A/B*: __6__ | $10.00 | ☑ $10.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Round Bed** Line from *Schedule A/B*: __6__ | $300.00 | ☑ $300.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Round Table** Line from *Schedule A/B*: __6__ | $20.00 | ☑ $20.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Swinging Chair** Line from *Schedule A/B*: __6__ | $50.00 | ☑ $50.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **TV Hutch** Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **2 Safes for Documents (Empty)** Line from *Schedule A/B*: __6__ | $75.00 | ☑ $75.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

Debtor 1   **Darrel T Uselton** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Office Pictures**<br><br>Line from *Schedule A/B*: __6__ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Luggage**<br><br>Line from *Schedule A/B*: __6__ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Office Television**<br><br>Line from *Schedule A/B*: __6__ | **$75.00** | ☑ **$75.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**8 Piece China Set**<br><br>Line from *Schedule A/B*: __6__ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**China Hutch**<br><br>Line from *Schedule A/B*: __6__ | **$400.00** | ☑ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**China Set for 10**<br><br>Line from *Schedule A/B*: __6__ | **$75.00** | ☑ **$75.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Dinerware for 20**<br><br>Line from *Schedule A/B*: __6__ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Dining Room Set of 10 Chairs**<br><br>Line from *Schedule A/B*: __6__ | **$800.00** | ☑ **$800.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Decorative Glassware**<br><br>Line from *Schedule A/B*: __6__ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1     **Darrel T Uselton**                                        Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Oriental Rug**<br><br>Line from *Schedule A/B*: ___6___ | $700.00 | ☑ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**200 Gallon Cylinder Aquarium**<br><br>Line from *Schedule A/B*: ___6___ | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**3 End Wood Tables**<br><br>Line from *Schedule A/B*: ___6___ | $75.00 | ☑ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**5 Parrot Paintings**<br><br>Line from *Schedule A/B*: ___6___ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Chair**<br><br>Line from *Schedule A/B*: ___6___ | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Entry Valet**<br><br>Line from *Schedule A/B*: ___6___ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Floral Vase**<br><br>Line from *Schedule A/B*: ___6___ | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Old Tapestry**<br><br>Line from *Schedule A/B*: ___6___ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Wood Bench**<br><br>Line from *Schedule A/B*: ___6___ | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1    **Darrel T Uselton**                                        Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **5 Custom Wood Bird Cages**  Line from *Schedule A/B*: __6__ | $1,000.00 | ☑ $1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **75 Gallon Bow Front Aquarium**  Line from *Schedule A/B*: __6__ | $600.00 | ☑ $600.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Bass Curio Cabinet**  Line from *Schedule A/B*: __6__ | $300.00 | ☑ $300.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Curio Souvenirs Content**  Line from *Schedule A/B*: __6__ | $300.00 | ☑ $300.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **6 Piece Living Room Set**  Line from *Schedule A/B*: __6__ | $1,000.00 | ☑ $1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Persian Rug**  Line from *Schedule A/B*: __6__ | $2,500.00 | ☑ $2,500.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **St Francis Bronze Statue - $100.00 (Spuse's Separate Property) (1st exemption claimed for this asset)**  Line from *Schedule A/B*: __6__ | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2) |
| Brief description: **St Francis Bronze Statue - $100.00 (Spuse's Separate Property) (2nd exemption claimed for this asset)**  Line from *Schedule A/B*: __6__ | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Wall Table**  Line from *Schedule A/B*: __6__ | $50.00 | ☑ $50.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

Debtor 1  __**Darrel T Uselton**_____  Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Big Wooden Ship**<br><br>Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Small Wooden Ship**<br><br>Line from *Schedule A/B*: __6__ | $40.00 | ☑ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Outdoor Living Furniture**<br><br>Line from *Schedule A/B*: __6__ | $250.00 | ☑ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Breakfast Table and Chairs**<br><br>Line from *Schedule A/B*: __6__ | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**3 Electric Power Battery Cars**<br><br>Line from *Schedule A/B*: __6__ | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Kenmore Refrigerator**<br><br>Line from *Schedule A/B*: __6__ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Miscellaneous Household Tools**<br><br>Line from *Schedule A/B*: __6__ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Oster Microwave**<br><br>Line from *Schedule A/B*: __6__ | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Shop Vac**<br><br>Line from *Schedule A/B*: __6__ | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

Debtor 1    **Darrel T Uselton**                                          Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Bed Queen Size**<br><br>Line from *Schedule A/B*:    **6** | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Bedroom Furniture (3 Pieces)**<br><br>Line from *Schedule A/B*:    **6** | $120.00 | ☑ $120.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Clothing Hutch**<br><br>Line from *Schedule A/B*:    **6** | $250.00 | ☑ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Mac Air**<br><br>Line from *Schedule A/B*:    **6** | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Vinyl/CD Player**<br><br>Line from *Schedule A/B*:    **6** | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**4 Piece Bedroom Set**<br><br>Line from *Schedule A/B*:    **6** | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Dynex Television**<br><br>Line from *Schedule A/B*:    **6** | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Art Print**<br><br>Line from *Schedule A/B*:    **6** | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Samsung DVD/VCR Player**<br><br>Line from *Schedule A/B*:    **6** | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

Debtor 1   **Darrel T Uselton**                              Case number (if known) _____

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Bedroom Set (3 Pieces)**<br><br>Line from *Schedule A/B*: __6__ | $500.00 | ☒ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Cedar Chest**<br><br>Line from *Schedule A/B*: __6__ | $100.00 | ☒ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**End Table**<br><br>Line from *Schedule A/B*: __6__ | $25.00 | ☒ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Tiffany Lamp**<br><br>Line from *Schedule A/B*: __6__ | $25.00 | ☒ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Vanity**<br><br>Line from *Schedule A/B*: __6__ | $75.00 | ☒ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Western Bench**<br><br>Line from *Schedule A/B*: __6__ | $100.00 | ☒ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Various Bakeware**<br><br>Line from *Schedule A/B*: __6__ | $50.00 | ☒ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Cocktail Glassware**<br><br>Line from *Schedule A/B*: __6__ | $25.00 | ☒ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Coffee Maker**<br><br>Line from *Schedule A/B*: __6__ | $50.00 | ☒ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1 __Darrel T Uselton_____   Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Daily Dinnerware** | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B*: __6__ | | | |
| Brief description: **Ice Tea Maker** | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B*: __6__ | | | |
| Brief description: **Miscellaneous Kitchen Utensils** | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B*: __6__ | | | |
| Brief description: **Miscellaneous Liquor** | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B*: __6__ | | | |
| Brief description: **Miscellaneous Small Kitchen Appliances** | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B*: __6__ | | | |
| Brief description: **Miscellaneous Wone** | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B*: __6__ | | | |
| Brief description: **Pots and Pans** | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B*: __6__ | | | |
| Brief description: **Toaster Oven** | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B*: __6__ | | | |
| Brief description: **Wolf Commercial Range** | $2,500.00 | ☑ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Line from *Schedule A/B*: __6__ | | | |

Debtor 1   __Darrel T Uselton__                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Dryer**<br><br>Line from *Schedule A/B*: ___6___ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Washer**<br><br>Line from *Schedule A/B*: ___6___ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Miscellaneous Books**<br><br>Line from *Schedule A/B*: ___6___ | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**4 Piece Living Room Set**<br><br>Line from *Schedule A/B*: ___6___ | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**CD Storage Cabinet**<br><br>Line from *Schedule A/B*: ___6___ | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Coffee Table**<br><br>Line from *Schedule A/B*: ___6___ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Movie Library**<br><br>Line from *Schedule A/B*: ___6___ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Sony Television**<br><br>Line from *Schedule A/B*: ___6___ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Wall Table**<br><br>Line from *Schedule A/B*: ___6___ | $75.00 | ☑ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

Debtor 1   **Darrel T Uselton**                                    Case number (if known) _____

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**3 Safes for Documents - $150.00 (Spouse's Separate Property) (1st exemption claimed for this asset)**<br>Line from *Schedule A/B:*   **6** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2) |
| Brief description:<br>**3 Safes for Documents - $150.00 (Spouse's Separate Property) (2nd exemption claimed for this asset)**<br>Line from *Schedule A/B:*   **6** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Spare Change Piggie Banks - $500.00 (Spouse's Separate Property) (1st exemption claimed for this asset)**<br>Line from *Schedule A/B:*   **6** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2) |
| Brief description:<br>**Spare Change Piggie Banks - $500.00 (Spouse's Separate Property) (2nd exemption claimed for this asset)**<br>Line from *Schedule A/B:*   **6** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Jewelry Box - $50 (1st exemption claimed for this asset)**<br>Line from *Schedule A/B:*   **6** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2) |
| Brief description:<br>**Jewelry Box - $50 (2nd exemption claimed for this asset)**<br>Line from *Schedule A/B:*   **6** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Bathroom Linens**<br>Line from *Schedule A/B:*   **6** | $75.00 | ☑ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Office Television - $100.00 (Spouse's Separate Property) (1st exemption claimed for this asset)**<br>Line from *Schedule A/B:*   **6** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2) |
| Brief description:<br>**Office Television - $100.00 (Spouse's Separate Property) (2nd exemption claimed for this asset)**<br>Line from *Schedule A/B:*   **6** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

Debtor 1   **Darrel T Uselton** _____   Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Personal Care Products** <br><br> Line from *Schedule A/B*: __6__ | **$200.00** | ☑ **$200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Jewelery Vanity - $50.00 (Spouse's Separate Property) (1st exemption claimed for this asset)** <br> Line from *Schedule A/B*: __6__ | **$0.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2) |
| Brief description: **Jewelery Vanity - $50.00 (Spouse's Separate Property) (2nd exemption claimed for this asset)** <br> Line from *Schedule A/B*: __6__ | **$0.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Lounge Chair** <br><br> Line from *Schedule A/B*: __6__ | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Massage Table** <br><br> Line from *Schedule A/B*: __6__ | **$200.00** | ☑ **$200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Vanity Chair** <br><br> Line from *Schedule A/B*: __6__ | **$40.00** | ☑ **$40.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Wall Tapestry** <br><br> Line from *Schedule A/B*: __6__ | **$75.00** | ☑ **$75.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **White Wicker Cabinet** <br><br> Line from *Schedule A/B*: __6__ | **$25.00** | ☑ **$25.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **2 Bookshelves** <br><br> Line from *Schedule A/B*: __6__ | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

Debtor 1    **Darrel T Uselton**                                      Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Decorative Art**<br><br>Line from *Schedule A/B*:  **6** | **$150.00** | ☑ **$150.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**4 Piece Bedroom Set**<br><br>Line from *Schedule A/B*:  **6** | **$2,000.00** | ☑ **$2,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Miscellaneous Books**<br><br>Line from *Schedule A/B*:  **6** | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Oriental Rug**<br><br>Line from *Schedule A/B*:  **6** | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Rocking Chair**<br><br>Line from *Schedule A/B*:  **6** | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Chest Freezer**<br><br>Line from *Schedule A/B*:  **6** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Holiday Decorations**<br><br>Line from *Schedule A/B*:  **6** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Old Coin Supplies and Boxes**<br><br>Line from *Schedule A/B*:  **6** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Antique Desk Chest**<br><br>Line from *Schedule A/B*:  **6** | **$25.00** | ☑ **$25.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1    **Darrel T Uselton** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**7 Antique Dolls**<br><br>Line from *Schedule A/B*: __6__ | **$140.00** | ☑ **$140.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Baby Grand Piano**<br><br>Line from *Schedule A/B*: __6__ | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Western Furniture**<br><br>Line from *Schedule A/B*: __6__ | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Wall Art (5 Pieces)**<br><br>Line from *Schedule A/B*: __6__ | **$125.00** | ☑ **$125.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**2 Bunk Beds**<br><br>Line from *Schedule A/B*: __6__ | **$600.00** | ☑ **$600.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Miscellaneous Childrens Toys**<br><br>Line from *Schedule A/B*: __6__ | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Aviary Cages**<br><br>Line from *Schedule A/B*: __6__ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**2 Bronze Elephant Statues**<br><br>Line from *Schedule A/B*: __6__ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Coleman Jacuzzi & Spa**<br><br>Line from *Schedule A/B*: __6__ | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| | | |
|---|---|---|
| Debtor 1 **Darrel T Uselton** | | Case number (if known) _____ |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **6 Large Flower Pots**  Line from *Schedule A/B*: __6__ | $120.00 | ☑ $120.00  ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Outdoor BBQ (Propane)**  Line from *Schedule A/B*: __6__ | $400.00 | ☑ $400.00  ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **20 Patio Chairs**  Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00  ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **3 Patio Tables**  Line from *Schedule A/B*: __6__ | $75.00 | ☑ $75.00  ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Rainbow Playground Set**  Line from *Schedule A/B*: __6__ | $2,000.00 | ☑ $2,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **4 Baby Car Seats**  Line from *Schedule A/B*: __6__ | $40.00 | ☑ $40.00  ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Baby High Chair**  Line from *Schedule A/B*: __6__ | $10.00 | ☑ $10.00  ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **20 Miscellaneous Art Prints**  Line from *Schedule A/B*: __6__ | $1,000.00 | ☑ $1,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Miscellaneous Luggage (10 Pieces)**  Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00  ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

Debtor 1    **Darrel T Uselton** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Miscellaneous Toys**<br><br>Line from *Schedule A/B*: ____**6**____ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Rainbow Vacuum Cleaner**<br><br>Line from *Schedule A/B*: ____**6**____ | **$750.00** | ☑ **$750.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**20 Storage Records**<br><br>Line from *Schedule A/B*: ____**6**____ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Movie Library**<br><br>Line from *Schedule A/B*: ____**6**____ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Theater Couch and Chairs**<br><br>Line from *Schedule A/B*: ____**6**____ | **$750.00** | ☑ **$750.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Tiffany Lamp**<br><br>Line from *Schedule A/B*: ____**6**____ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Food/Stuff**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: ____**6**____ | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Food/Stuff**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: ____**6**____ | **$500.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(2)** |
| Brief description:<br>**Audio Visual Equipment**<br><br>Line from *Schedule A/B*: ____**7**____ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1    **Darrel T Uselton** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**CD-Rom**<br><br>Line from *Schedule A/B*:  **7** | $75.00 | ☑ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Electronic Keyboard**<br><br>Line from *Schedule A/B*:  **7** | $75.00 | ☑ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Football Table**<br><br>Line from *Schedule A/B*:  **7** | $75.00 | ☑ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Wii - Old Version**<br><br>Line from *Schedule A/B*:  **7** | $75.00 | ☑ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Xbox 360**<br><br>Line from *Schedule A/B*:  **7** | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Imac - $800.00**<br>**(Spouse's Separate Property)**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*:  **7** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2)** |
| Brief description:<br>**Imac - $800.00**<br>**(Spouse's Separate Property)**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*:  **7** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Microsoft PC - $150.00**<br>**(Spouse's Separate Property)**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*:  **7** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2)** |
| Brief description:<br>**Microsoft PC - $150.00**<br>**(Spouse's Separate Property)**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*:  **7** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1    **Darrel T Uselton**                                          Case number (if known) _____

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Bose Stereo** <br><br> Line from *Schedule A/B*: __7__ | $100.00 | ☑ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Audio Visual Equipment** <br><br> Line from *Schedule A/B*: __7__ | $200.00 | ☑ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Camcorder** <br><br> Line from *Schedule A/B*: __7__ | $150.00 | ☑ $150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Cpac Medical Device** <br><br> Line from *Schedule A/B*: __7__ | $250.00 | ☑ $250.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Ipad Air - $350.00 (spouse's Separate Property) (1st exemption claimed for this asset)** <br> Line from *Schedule A/B*: __7__ | $0.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2)** |
| Brief description: **Ipad Air - $350.00 (spouse's Separate Property) (2nd exemption claimed for this asset)** <br> Line from *Schedule A/B*: __7__ | $0.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Mac Pro Book - $500.00 (Spouse's Separte Property) (1st exemption claimed for this asset)** <br> Line from *Schedule A/B*: __7__ | $0.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2)** |
| Brief description: **Mac Pro Book - $500.00 (Spouse's Separte Property) (2nd exemption claimed for this asset)** <br> Line from *Schedule A/B*: __7__ | $0.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **2 Mini Ipads** <br><br> Line from *Schedule A/B*: __7__ | $400.00 | ☑ $400.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1    **Darrel T Uselton**                                                    Case number (if known) _____

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Printer**<br><br>Line from *Schedule A/B*: __7__ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Sony Camera - $250.00**<br>**(Spouse's Separate Property)**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __7__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2)** |
| Brief description:<br>**Sony Camera - $250.00**<br>**(Spouse's Separate Property)**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __7__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Touch Screen Computer - $200.00**<br>**(Spouse's Separate Property)**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __7__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2)** |
| Brief description:<br>**Touch Screen Computer - $200.00**<br>**(Spouse's Separate Property)**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __7__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**TV Projector Screen**<br><br>Line from *Schedule A/B*: __7__ | **$250.00** | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Audio Visual Equipment**<br><br>Line from *Schedule A/B*: __7__ | **$250.00** | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Karaoke Machine**<br><br>Line from *Schedule A/B*: __7__ | **$75.00** | ☑ **$75.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**My Dway Arcade Game (Broken)**<br><br>Line from *Schedule A/B*: __7__ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1   **Darrel T Uselton** _____    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Surround Sound Speakers**<br><br>Line from *Schedule A/B*:   **7** | **$150.00** | ☑    **$150.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**TV projector and Screen**<br><br>Line from *Schedule A/B*:   **7** | **$300.00** | ☑    **$300.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**4 iPhones**<br><br>Line from *Schedule A/B*:   **7** | **$2,000.00** | ☑    **$2,000.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Barbie's Wizard of Oz Collection**<br><br>Line from *Schedule A/B*:   **8** | **$80.00** | ☑    **$80.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**American Coin Collection**<br><br>Line from *Schedule A/B*:   **8** | **$30.00** | ☑    **$30.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Year of Dragon Coins & Mother Mickey Coins**<br><br>Line from *Schedule A/B*:   **8** | **$200.00** | ☑    **$200.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Dali Print**<br><br>Line from *Schedule A/B*:   **8** | **$250.00** | ☑    **$250.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**10 Parrot Collectibles**<br><br>Line from *Schedule A/B*:   **8** | **$50.00** | ☑    **$50.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Antique Silver War Rifle (Broken)**<br><br>Line from *Schedule A/B*:   **8** | **$75.00** | ☑    **$75.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Debtor 1 | **Darrel T Uselton** | | Case number (if known) | |

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Japanese Sword Set**<br><br>Line from *Schedule A/B*: ___8___ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Wooden Indian Statue**<br><br>Line from *Schedule A/B*: ___8___ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Butterfly Collection**<br><br>Line from *Schedule A/B*: ___8___ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Arrowhead Collection (25)**<br><br>Line from *Schedule A/B*: ___8___ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Gemstones Collections - $200.00 (Spouse's Separate Property) (1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: ___8___ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2)** |
| Brief description:<br>**Gemstones Collections - $200.00 (Spouse's Separate Property) (2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: ___8___ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Ansel Adams Prints (5)**<br><br>Line from *Schedule A/B*: ___8___ | **$125.00** | ☑ **$125.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Collectible Coins - $200.00 (Spouse's Separate Property) (1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: ___8___ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2)** |
| Brief description:<br>**Collectible Coins - $200.00 (Spouse's Separate Property) (2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: ___8___ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1    **Darrel T Uselton**                                                            Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Mexican Coin Collection - $350.00 (Spouse's Separate Property) (1st exemption claimed for this asset)**<br>Line from *Schedule A/B:*    **8** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2) |
| Brief description:<br>**Mexican Coin Collection - $350.00 (Spouse's Separate Property) (2nd exemption claimed for this asset)**<br>Line from *Schedule A/B:*    **8** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**JJ Watt Framed Jersey**<br>Line from *Schedule A/B:*    **8** | $250.00 | ☑ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**4 Bicycles**<br>Line from *Schedule A/B:*    **9** | $80.00 | ☑ $80.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) |
| Brief description:<br>**Treadmill**<br>Line from *Schedule A/B:*    **9** | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) |
| Brief description:<br>**1 Ods Mini UTV**<br>Line from *Schedule A/B:*    **9** | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) |
| Brief description:<br>**Miscellaneous Excercise Equipment (8 Pieces)**<br>Line from *Schedule A/B:*    **9** | $600.00 | ☑ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) |
| Brief description:<br>**Exercise Chair**<br>Line from *Schedule A/B:*    **9** | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) |
| Brief description:<br>**Winston Soprano Saxophone**<br>Line from *Schedule A/B:*    **9** | $750.00 | ☑ $750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) |

Debtor 1    **Darrel T Uselton**                                                    Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Yamaha Alto Saxophone** Line from *Schedule A/B*: __9__ | $500.00 | ☑ $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) |
| Brief description: **7 Ammo Boxes** Line from *Schedule A/B*: __10__ | $140.00 | ☑ $140.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(7) |
| Brief description: **1 Walther .22 Caliber Pistol and Ammo** Line from *Schedule A/B*: __10__ | $150.00 | ☑ $150.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(7) |
| Brief description: **Handgun Safe (Empty)** Line from *Schedule A/B*: __10__ | $25.00 | ☑ $25.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(7) |
| Brief description: **2 410 Shotguns** Line from *Schedule A/B*: __10__ | $150.00 | ☑ $150.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(7) |
| Brief description: **Girls 22 Mini Rifle** Line from *Schedule A/B*: __10__ | $50.00 | ☑ $50.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(7) |
| Brief description: **Gun Cabinet** Line from *Schedule A/B*: __10__ | $50.00 | ☑ $50.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(7) |
| Brief description: **Fnh 5.7 Pistol - $500 (Spouse's Separate Property) (1st exemption claimed for this asset)** Line from *Schedule A/B*: __10__ | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2) |
| Brief description: **Fnh 5.7 Pistol - $500 (Spouse's Separate Property) (2nd exemption claimed for this asset)** Line from *Schedule A/B*: __10__ | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(7) |

Debtor 1    **Darrel T Uselton** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Mossberg 12 Gauge Shortgun & Ammo $200.00 (Spouse's Separate Property) (1st exemption claimed for this asset)** Line from *Schedule A/B*: __10__ | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2)** |
| Brief description: **Mossberg 12 Gauge Shortgun & Ammo $200.00 (Spouse's Separate Property) (2nd exemption claimed for this asset)** Line from *Schedule A/B*: __10__ | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description: **Pink Smith & Wesson .38 Special Revolver - $200.00 (Spouse's Separate Property) (1st exemption claimed for this asset)** Line from *Schedule A/B*: __10__ | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2)** |
| Brief description: **Pink Smith & Wesson .38 Special Revolver - $200.00 (Spouse's Separate Property) (2nd exemption claimed for this asset)** Line from *Schedule A/B*: __10__ | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description: **Rugger lcp .38 Special - $150.00 (Spouse's Separate Property) (1st exemption claimed for this asset)** Line from *Schedule A/B*: __10__ | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2)** |
| Brief description: **Rugger lcp .38 Special - $150.00 (Spouse's Separate Property) (2nd exemption claimed for this asset)** Line from *Schedule A/B*: __10__ | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description: **Rugger ls9 9ml Pistal & Ammo** Line from *Schedule A/B*: __10__ | $350.00 | ☑ $350.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description: **Miscellaneous Purses - $1,500.00 (Spouse's Separate Property) (1st exemption claimed for this asset)** Line from *Schedule A/B*: __11__ | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2)** |

| Debtor 1 | **Darrel T Uselton** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Miscellaneous Purses - $1,500.00 (Spouse's Separate Property) (2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __11__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) |
| Brief description:<br>**Childrens Clothing and Shoes**<br>Line from *Schedule A/B*: __11__ | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) |
| Brief description:<br>**Men's Shoes**<br>Line from *Schedule A/B*: __11__ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) |
| Brief description:<br>**Mens Hats**<br>Line from *Schedule A/B*: __11__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) |
| Brief description:<br>**Men's Clothing**<br>Line from *Schedule A/B*: __11__ | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) |
| Brief description:<br>**Miscellaneous Women Clothes - $1,000.00 (Spouse's Separate Property) (1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __11__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2) |
| Brief description:<br>**Miscellaneous Women Clothes - $1,000.00 (Spouse's Separate Property) (2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __11__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) |
| Brief description:<br>**Miscellaneous Women Shoes - $1,500.00 (Spouse's Separate Property) (1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __11__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2) |
| Brief description:<br>**Miscellaneous Women Shoes - $1,500.00 (Spouse's Separate Property) (2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __11__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) |

Debtor 1    **Darrel T Uselton** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**10 Boxes of Old Clothes and Shoes**<br><br>Line from *Schedule A/B*: ___11___ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) |
| Brief description:<br>**14k Communion Pendant - $100.00**<br>**(Spuse's Separate Property)**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: ___12___ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2) |
| Brief description:<br>**14k Communion Pendant - $100.00**<br>**(Spuse's Separate Property)**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: ___12___ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |
| Brief description:<br>**Bangled bracelet 18k Gold - $200.00**<br>**(Spouse's Separate Property)**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: ___12___ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2) |
| Brief description:<br>**Bangled bracelet 18k Gold - $200.00**<br>**(Spouse's Separate Property)**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: ___12___ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |
| Brief description:<br>**Diamond Cross Pendant Necklace  -$750**<br>**(Spouse's Separate Property)**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: ___12___ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2) |
| Brief description:<br>**Diamond Cross Pendant Necklace  -$750**<br>**(Spouse's Separate Property)**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: ___12___ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |
| Brief description:<br>**Emerald Ring - $500**<br>**(Spouse's Separate Property)**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: ___12___ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2) |
| Brief description:<br>**Emerald Ring - $500**<br>**(Spouse's Separate Property)**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: ___12___ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |

Debtor 1   **Darrel T Uselton**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Ruby Necklace - $100 (Spouse's Separate Property) (1st exemption claimed for this asset)** Line from *Schedule A/B:* __12__ | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2) |
| Brief description: **Ruby Necklace - $100 (Spouse's Separate Property) (2nd exemption claimed for this asset)** Line from *Schedule A/B:* __12__ | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |
| Brief description: **Custom Jewelry - $100 (Spouse's Separate Property) (1st exemption claimed for this asset)** Line from *Schedule A/B:* __12__ | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2) |
| Brief description: **Custom Jewelry - $100 (Spouse's Separate Property) (2nd exemption claimed for this asset)** Line from *Schedule A/B:* __12__ | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |
| Brief description: **3 Mens Bracelets** Line from *Schedule A/B:* __12__ | $150.00 | ☑ $150.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |
| Brief description: **5 Mens Rings** Line from *Schedule A/B:* __12__ | $125.00 | ☑ $125.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |
| Brief description: **Pocket Watch** Line from *Schedule A/B:* __12__ | $50.00 | ☑ $50.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |
| Brief description: **3 German Shepherds 1 Collie 1 Dalmation 10 Parrots 1 Pot Belly Pig** Line from *Schedule A/B:* __13__ | $2,500.00 | ☑ $2,500.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(11) |

Debtor 1    **Darrel T Uselton** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Paloma Del Norte, LLC**<br>**(Spouse's Sole Managed Community Property)**<br>Line from *Schedule A/B:*  **19** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2) |
| Brief description:<br>**IRA with Edward Jones**<br><br>Line from *Schedule A/B:*  **21** | $76,338.00 | ☑ $76,338.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |
| Brief description:<br>**Lincoln National Life Cust - Edward Jones**<br><br>Line from *Schedule A/B:*  **23** | $348,597.77 | ☑ $348,597.77<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Ins. Code §§ 1108.001, 1108.051 |
| Brief description:<br>**Custodian - Giselle Uselton UGMA - $15,572.40**<br>**Edward Jones**<br>Line from *Schedule A/B:*  **24** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 541(b)(5) |
| Brief description:<br>**529(b)(1) Giselle Uselton - $62,966.38**<br><br>Line from *Schedule A/B:*  **24** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code § 42.0022 |
| Brief description:<br>**529(b)(1) - Darcy Uselton - $1,190.68**<br>**Edward Jones**<br>Line from *Schedule A/B:*  **24** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code § 42.0022 |
| Brief description:<br>**TransAmerica Life**<br><br>Line from *Schedule A/B:*  **31** | $118,289.49 | ☑ $118,289.49<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Ins. Code §§ 1108.001, 1108.051 |
| Brief description:<br>**Computer**<br><br>Line from *Schedule A/B:*  **39** | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) |
| Brief description:<br>**Desk**<br><br>Line from *Schedule A/B:*  **39** | $75.00 | ☑ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) |

Debtor 1   **Darrel T Uselton** _____   Case number (if known) _____

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**File Cabinet**<br><br>Line from *Schedule A/B*: __39__ | **$20.00** | ☑ **$20.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**Glass Book Shelf**<br><br>Line from *Schedule A/B*: __39__ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**Globe**<br><br>Line from *Schedule A/B*: __39__ | **$45.00** | ☑ **$45.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**Misc Books**<br><br>Line from *Schedule A/B*: __39__ | **$25.00** | ☑ **$25.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**Monitor**<br><br>Line from *Schedule A/B*: __39__ | **$400.00** | ☑ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**Office Chair**<br><br>Line from *Schedule A/B*: __39__ | **$75.00** | ☑ **$75.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**Office Guest Couch**<br><br>Line from *Schedule A/B*: __39__ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**Printer**<br><br>Line from *Schedule A/B*: __39__ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**Desk - $50.00**<br>**(Spouse's Separate Property)**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __39__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2)** |

Debtor 1    **Darrel T Uselton** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Desk - $50.00**<br>**(Spouse's Separate Property)**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B:*    **39** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**Document Shredder - $50.00**<br>**(Spouse's Separate Property)**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B:*    **39** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2)** |
| Brief description:<br>**Document Shredder - $50.00**<br>**(Spouse's Separate Property)**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B:*    **39** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**File Cabinet - $75.00**<br>**(Spouse's Separate Property)**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B:*    **39** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2)** |
| Brief description:<br>**File Cabinet - $75.00**<br>**(Spouse's Separate Property)**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B:*    **39** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**Miscellaneous Office Suuplies - $200.00**<br>**(Spouse's Separate Property)**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B:*    **39** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2)** |
| Brief description:<br>**Miscellaneous Office Suuplies - $200.00**<br>**(Spouse's Separate Property)**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B:*    **39** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**3 Office Chairs - $75.00**<br>**Spouse's Separate Property**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B:*    **39** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2)** |
| Brief description:<br>**3 Office Chairs - $75.00**<br>**Spouse's Separate Property**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B:*    **39** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |

Debtor 1   **Darrel T Uselton**                                      Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2 Printers $200**<br>**Spouse's Separate Property)**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __39__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2) |
| Brief description:<br>**2 Printers $200**<br>**Spouse's Separate Property)**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __39__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) |
| Brief description:<br>**"We Buy Gold" Sign - $200.00**<br>**Spouse's Separate Property**<br>Line from *Schedule A/B*: __40__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2) |
| Brief description:<br>**3 Horses**<br><br>Line from *Schedule A/B*: __47__ | **$1,200.00** | ☑ **$1,200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(10) |
| Brief description:<br>**6 Goats**<br><br>Line from *Schedule A/B*: __47__ | **$240.00** | ☑ **$240.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(10) |
| Brief description:<br>**60 Chickens**<br><br>Line from *Schedule A/B*: __47__ | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(10) |
| Brief description:<br>**15 Ducks**<br><br>Line from *Schedule A/B*: __47__ | **$150.00** | ☑ **$150.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(10) |
| Brief description:<br>**3 Geese**<br><br>Line from *Schedule A/B*: __47__ | **$60.00** | ☑ **$60.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(10) |
| Brief description:<br>**4 Turkeys**<br><br>Line from *Schedule A/B*: __47__ | **$35.00** | ☑ **$35.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(10) |

Debtor 1    **Darrel T Uselton** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Pony Saddle** <br> Line from *Schedule A/B*: __49__ | $50.00 | ☑ $50.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(10)** |
| Brief description: **Saddle** <br> Line from *Schedule A/B*: __49__ | $300.00 | ☑ $300.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(10)** |
| Brief description: **Bridle** <br> Line from *Schedule A/B*: __49__ | $20.00 | ☑ $20.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(10)** |
| Brief description: **Blanket** <br> Line from *Schedule A/B*: __49__ | $10.00 | ☑ $10.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(10)** |
| Brief description: **Miscellaneous Tack** <br> Line from *Schedule A/B*: __49__ | $15.00 | ☑ $15.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(10)** |

**Fill in this information to identify your case:**

Debtor 1     <u>Darrel</u>     <u>T</u>     <u>Uselton</u>
First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing)   First Name     Middle Name     Last Name

United States Bankruptcy Court for the: <u>SOUTHERN DISTRICT OF TEXAS</u>

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No.  Check this box and submit this form to the court with your other schedules.  You have nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below.

**Part 1:**    **List All Secured Claims**

2. **List all secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2.  As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

| 2.1 | | | | |
|---|---|---|---|---|
| **Ford Motor Credit**<br>Creditor's name<br>**P.O. Box 650575**<br>Number    Street | Describe the property that secures the claim:<br><br>**F250 King Ranch** | $46,242.00 | $46,000.00 | $242.00 |

**Dallas**     **TX**    **75265-0575**
City     State    ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.**  Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred   <u>7/21/2015</u>    Last 4 digits of account number   <u>1</u>   <u>0</u>   <u>6</u>   <u>1</u>

Add the dollar value of your entries in Column A on this page.  Write that number here:

$46,242.00

Debtor 1 **Darrel T Uselton**                                   Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B | Column C |
|---------|-----------------|----------|----------|----------|
| | After listing any entries on this page, number them sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** | **Unsecured portion** If any |

---

**2.2**

**Ford Motor Credit**
Creditor's name
**P.O. Box 650575**
Number     Street

_____

**Dallas          TX    75265-0575**
City             State    ZIP Code

Describe the property that secures the claim:

**2015 Ford F-150**

| $26,502.00 | $25,725.00 | $777.00 |

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

**Date debt was incurred**  7/22/2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

**Last 4 digits of account number**   2  7  6  1

---

**2.3**

**Toyota Motor Credit**
Creditor's name
**P O Box 5855**
Number     Street

_____

**Carol Stream      IL     60197-5855**
City             State    ZIP Code

Describe the property that secures the claim:

**2015 Toyota Sienna (approx. 22000 miles)**

| $30,542.98 | $0.00 | $30,542.98 |

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

**Date debt was incurred**  2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

**Last 4 digits of account number**   7  3  5  9

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**

$57,044.98

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**

$103,286.98

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | <u>Darrel</u> | <u>T</u> | <u>Uselton</u> |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>SOUTHERN DISTRICT OF TEXAS</u>

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| **Part 1:** | **List All of Your PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☒ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

   | | **Total claim** | **Priority amount** | **Nonpriority amount** |
   |---|---|---|---|

Debtor 1   **Darrel T Uselton** _____   Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.   Do any creditors have nonpriority unsecured claims against you?**

☐ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.
☑ Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**

If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

Total claim

| 4.1 | | |
|---|---|---|

**A. Philip Chang**
Nonpriority Creditor's Name
**287 North Taylor St.**
Number        Street

**$2,356,648.18**

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   _____

**Wataga          IL     61488**
City                       State   ZIP Code

As of the date you file, the claim is:  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify   **Default Judgment**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 4.2 | | |
|---|---|---|

**American Express**
Nonpriority Creditor's Name
**P.O. Box 981537**
Number        Street

Unknown

Last 4 digits of account number   **1  0  0  1**

When was the debt incurred?   _____

**El Paso          TX     79998**
City                       State   ZIP Code

As of the date you file, the claim is:  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify   **Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1    **Darrel T Uselton**                                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | | Total claim |
|---|---|---|

**4.3**                                                                                                                        **$119.00**

**Barclay Bank - M.C.**
Nonpriority Creditor's Name

Last 4 digits of account number    **3   4   4   5**

**P.O. Box 8803**

When was the debt incurred?    _____

Number        Street

_____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Wilmington           DE      19899**
City                          State    ZIP Code

**Who incurred the debt?** Check one.

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**4.4**                                                                                                                        **$100.00**

**Card Services**
Nonpriority Creditor's Name

Last 4 digits of account number    **3   4   4   5**

**P.O. Box 8802**

When was the debt incurred?    _____

Number        Street

As of the date you file, the claim is: Check all that apply.

_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Wilmington           DE      19899**
City                          State    ZIP Code

**Who incurred the debt?** Check one.

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**4.5**                                                                                                                        **$2,356,648.18**

**Lisa Strong**
Nonpriority Creditor's Name

Last 4 digits of account number    __ __ __ __

**c/o William A. Smith**

When was the debt incurred?    _____

Number        Street

**Suite 550**

As of the date you file, the claim is: Check all that apply.

**3131 McKinney Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas                TX      75204**
City                          State    ZIP Code

**Who incurred the debt?** Check one.

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Default Judgment**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor 1  **Darrel T Uselton**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

**4.6**

| | |
|---|---|
| | **$525,000.00** |

**North Point Commercial Finance**
Nonpriority Creditor's Name
**Suite 450**
Number      Street
**11675 Rainwater Dr.**

_____

**Alpharetta          GA     30009**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Guaranty**

**4.7**

| | |
|---|---|
| | **$2,356,648.18** |

**The Chang Family LP**
Nonpriority Creditor's Name
**287 North Taylor St.**
Number      Street

_____

**Wataga           IL     61488**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Default Judgment**

Debtor 1    **Darrel T Uselton** _____    Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5.   Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the
debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for
any debts in Parts 1 or 2, do not fill out or submit this page.

---

**William A. Smith**
Name
**Suite 1295**
Number      Street
**10440 North Central Expressway**

_____
**Dallas**            **TX**    **75231**
City            State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.7**   of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __  __ __  __ __  __ __

---

**William A. Smith**
Name
**Suite 550**
Number      Street
**3131 McKinney Ave.**

_____
**Dallas**            **TX**    **75204**
City            State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.7**   of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __  __ __  __ __  __ __

---

**William A. Smith**
Name
**Suite 1295**
Number      Street
**10440 North Central Expressway**

_____
**Dallas**            **TX**    **75231**
City            State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.5**   of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __  __ __  __ __  __ __

---

**William A. Smith**
Name
**Suite 1295**
Number      Street
**10440 North Central Expressway**

_____
**Dallas**            **TX**    **75231**
City            State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.1**   of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __  __ __  __ __  __ __

---

**William A. Smith**
Name
**Suite 550**
Number      Street
**3131 McKinney Ave.**

_____
**Dallas**            **TX**    **75204**
City            State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.1**   of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __  __ __  __ __  __ __

---

Debtor 1   **Darrel T Uselton**                                      Case number (if known) _____

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6.   **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only.
28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

**Total claims
from Part 1**

|  |  | **Total claim** |
|---|---|---|
| 6a. | **Domestic support obligations** | 6a.      $0.00 |
| 6b. | **Taxes and certain other debts you owe the government** | 6b.      $0.00 |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c.      $0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. +   $0.00 |
| 6e. | **Total.** Add lines 6a through 6d. | 6d.      $0.00 |

**Total claims
from Part 2**

|  |  | **Total claim** |
|---|---|---|
| 6f. | **Student loans** | 6f.      $0.00 |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g.      $0.00 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h.      $0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. +   $7,595,163.54 |
| 6j. | **Total.** Add lines 6f through 6i. | 6j.      $7,595,163.54 |

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Darrel** | **T** | **Uselton** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying
correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page.
On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease
   is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of
   executory contracts and unexpired leases.

   | Person or company with whom you have the contract or lease | State what the contract or lease is for |
   |---|---|

<table>
<tr><td colspan="3" style="background:black;color:white"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Darrel** | **T** | **Uselton** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106H

## Schedule H: Your Codebtors                                     12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No.  Go to line 3.
   ☑ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☑ Yes

      In which community state or territory did you live?   **Texas**   Fill in the name and current address of that person.

      **Lorena Uselton**
      Name of your spouse, former spouse, or legal equivalent
      **10111 W. Hidden Lake Ln**
      Number          Street

      **Richmond**                          **TX**          **77406**
      City                                 State        ZIP Code

3. In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G).  Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:*  **Your codebtor**                    *Column 2:*  **The creditor to whom you owe the debt**

                                                      Check all schedules that apply:

**Fill in this information to identify your case:**

Debtor 1 | **Darrel** | **T** | **Uselton**
First Name | Middle Name | Last Name

Debtor 2
(Spouse, if filing)
First Name | Middle Name | Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | | **Manager** | **Self-Employed - Real Estate** |
| **Employer's name** | | **Houston Trailer, Inc.** | |
| **Employer's address** | | **4911 Ave H**<br>Number  Street | Number  Street |
| | | **Rosenberg      TX   77471**<br>City           State  Zip Code | City            State   Zip Code |
| **How long employed there?** | | **3 Years** | |

### Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$4,333.33** | **$2,500.00** |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$4,333.33** | **$2,500.00** |

Debtor 1    **Darrel T Uselton**                                                  Case number (if known) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here .............................................................. ➔ 4. | **$4,333.33** | **$2,500.00** |

**5.** List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | **$351.00** | **$0.00** |
| 5b. | Mandatory contributions for retirement plans | 5b. | **$0.00** | **$0.00** |
| 5c. | Voluntary contributions for retirement plans | 5c. | **$0.00** | **$0.00** |
| 5d. | Required repayments of retirement fund loans | 5d. | **$0.00** | **$0.00** |
| 5e. | Insurance | 5e. | **$0.00** | **$0.00** |
| 5f. | Domestic support obligations | 5f. | **$0.00** | **$0.00** |
| 5g. | Union dues | 5g. | **$0.00** | **$0.00** |
| 5h. | Other deductions. Specify: _____ | 5h. + | **$0.00** | **$0.00** |

**6.** Add the payroll deductions.    Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.    6.    **$351.00**    **$0.00**

**7.** Calculate total monthly take-home pay.    Subtract line 6 from line 4.    7.    **$3,982.33**    **$2,500.00**

**8.** List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm | 8a. | **$0.00** | **$0.00** |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. | Interest and dividends | 8b. | **$0.00** | **$0.00** |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | **$0.00** | **$0.00** |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. | Unemployment compensation | 8d. | **$0.00** | **$0.00** |
| 8e. | Social Security | 8e. | **$0.00** | **$0.00** |
| 8f. | Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| | Specify: _____ | 8f. | **$0.00** | **$0.00** |
| 8g. | Pension or retirement income | 8g. | **$0.00** | **$0.00** |
| 8h. | Other monthly income. Specify: _____ | 8h. + | **$0.00** | **$0.00** |

**9.** Add all other income.  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    9.    **$0.00**    **$0.00**

**10.** Calculate monthly income.  Add line 7 + line 9.    10.    **$3,982.33**  +  **$2,500.00**  =  **$6,482.33**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11.  +  **$0.00**

**12.** Add the amount in the last column of line 10 to the amount in line 11.  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12.    **$6,482.33**
**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☑ No.    **None.**
☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1    <u>Darrel</u>      <u>T</u>      <u>Uselton</u>
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)
First Name      Middle Name      Last Name

United States Bankruptcy Court for the:   <u>SOUTHERN DISTRICT OF TEXAS</u>

Case number
(if known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☒ Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| <u>Daughter</u> | <u>12</u> | ☐ No ☒ Yes |
| <u>Daughter</u> | <u>5</u> | ☐ No ☒ Yes |
| <u>Mother-In-Law</u> | <u>84</u> | ☐ No ☒ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**
Include first mortgage payments and any rent for the ground or lot.

     4.    _____

If not included in line 4:

| | | | |
|---|---|---|---|
| 4a. | Real estate taxes | 4a. | **$2,283.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | **$1,000.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | **$250.00** |
| 4d. | Homeowner's association or condominium dues | 4d. | _____ |

Debtor 1   **Darrel T Uselton** _____     Case number (if known) _____

Your expenses

| | | |
|---|---|---|
| **5.** **Additional mortgage payments for your residence,** such as home equity loans | 5. | _____ |
| **6.** **Utilities:** | | |
| 6a.  Electricity, heat, natural gas | 6a. | **$1,100.00** |
| 6b.  Water, sewer, garbage collection | 6b. | _____ |
| 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$310.00** |
| 6d.  Other.  Specify: _____ | 6d. | _____ |
| **7.** **Food and housekeeping supplies** | 7. | **$1,000.00** |
| **8.** **Childcare and children's education costs** | 8. | **$2,500.00** |
| **9.** **Clothing, laundry, and dry cleaning** | 9. | **$100.00** |
| **10.** **Personal care products and services** | 10. | _____ |
| **11.** **Medical and dental expenses** | 11. | _____ |
| **12.** **Transportation.** Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | _____ |
| **13.** **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$200.00** |
| **14.** **Charitable contributions and religious donations** | 14. | _____ |
| **15.** **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a.  Life insurance | 15a. | _____ |
| 15b.  Health insurance | 15b. | **$1,100.00** |
| 15c.  Vehicle insurance | 15c. | **$400.00** |
| 15d.  Other insurance.  Specify: _____ | 15d. | _____ |
| **16.** **Taxes.**  Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | _____ |
| **17.** **Installment or lease payments:** | | |
| 17a.  Car payments for Vehicle 1   **Truck Note 1** | 17a. | **$1,224.00** |
| 17b.  Car payments for Vehicle 2   **Wife's Note** | 17b. | **$776.00** |
| 17c.  Other.  Specify: **Propane** | 17c. | **$100.00** |
| 17d.  Other.  Specify: **Cell Phones / Aquarium Maintenance** | 17d. | **$776.00** |
| **18.** **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | _____ |
| **19.** **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | _____ |

Debtor 1   **Darrel T Uselton** _____   Case number (if known) _____

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

    20a.   Mortgages on other property                                20a.    _____

    20b.   Real estate taxes                                           20b.    _____

    20c.   Property, homeowner's, or renter's insurance           20c.    _____

    20d.   Maintenance, repair, and upkeep expenses           20d.    _____

    20e.   Homeowner's association or condominium dues      20e.    _____

**21.** **Other.**   Specify:   **See continuation sheet** _____   21.   **+** _____   **$488.00**

**22.** **Calculate your monthly expenses.**

    22a.   Add lines 4 through 21.                                     22a.    **$13,607.00**

    22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   22b.    _____

    22c.   Add line 22a and 22b.  The result is your monthly expenses.       22c.    **$13,607.00**

**23.** **Calculate your monthly net income.**

    23a.   Copy line 12 (your combined monthly income) from Schedule I.       23a.    **$6,482.33**

    23b.   Copy your monthly expenses from line 22c above.            23b.   **−** _____   **$13,607.00**

    23c.   Subtract your monthly expenses from your monthly income.
         The result is your monthly net income.                    23c.    **($7,124.67)**

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑  No.

    ☐  Yes.  Explain here:
               **None.**

Debtor 1    **Darrel T Uselton**                                                    Case number (if known) _____

21. **Other.  Specify:**
    **Pool Service**                                                                    $238.00
    **Landscape**                                                                       $250.00

                                                                Total:    | $488.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Darrel** | **T** | **Uselton** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

**1.** *Schedule A/B: Property* (Official Form 106A/B)

    1a. Copy line 55, Total real estate, from Schedule A/B.................................................... **$697,745.00**

    1b. Copy line 62, Total personal property, from Schedule A/B......................................... **$644,174.39**

    1c. Copy line 63, Total of all property on Schedule A/B..................................................... **$1,341,919.39**

## Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$103,286.98**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................. **$0.00**

    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F........................... **+ $7,595,163.54**

**Your total liabilities** **$7,698,450.52**

## Part 3:   Summarize Your Income and Expenses

**4.** *Schedule I: Your Income* (Official Form 106I)
Copy your combined monthly income from line 12 of Schedule I............................................................................. **$6,482.33**

**5.** *Schedule J: Your Expenses* (Official Form 106J)
Copy your monthly expenses from line 22c of Schedule J..................................................................................... **$13,607.00**

Debtor 1    **Darrel T Uselton** _____    Case number (if known) _____

---

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑  Yes

7.  **What kind of debt do you have?**

☐  **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☑  **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  **From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

_____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

**Total claim**

**From Part 4 on *Schedule E/F,* copy the following:**

9a.  Domestic support obligations.  (Copy line 6a.)                       _____

9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)    _____

9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)    _____

9d.  Student loans.  (Copy line 6f.)                                _____

9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)    _____

9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)    + _____

9g.  **Total.**  Add lines 9a through 9f.                           _____

<table>
<tr><td colspan="3"><b>Fill in this information to identify your case:</b></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | **Darrel**      **T**      **Uselton** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | _____ | |

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Darrel T Uselton** _____          X _____
Darrel T Uselton, Debtor 1                              Signature of Debtor 2

Date **07/17/2017** _____                            Date _____
    MM / DD / YYYY                                         MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Darrel**<br>First Name | **T**<br>Middle Name | **Uselton**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/16

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   - ☑ Married
   - ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☑ No
   - ☐ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☐ No
   - ☑ Yes.  Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Darrel T Uselton**                                    Case number (if known) _____

| **Part 2:** | **Explain the Sources of Your Income** |

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ☒ Yes.  Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips | **$8,000.00** | ☐ Wages, commissions, bonuses, tips | _____ |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, __2016__ )<br>　　　　　　　　　　YYYY | ☒ Wages, commissions, bonuses, tips | **$34,200.00** | ☐ Wages, commissions, bonuses, tips | _____ |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2015__ )<br>　　　　　　　　　　YYYY | ☒ Wages, commissions, bonuses, tips | **$64,906.00** | ☐ Wages, commissions, bonuses, tips | _____ |
| | ☐ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

    ☒ No
    ☐ Yes.  Fill in the details.

Debtor 1    **Darrel T Uselton**                                         Case number (if known) _____

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |

6.   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☒ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☒ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

☒ No
☐ Yes.  List all payments to an insider.

8.   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes.  List all payments that benefited an insider.

Debtor 1    **Darrel T Uselton**                                          Case number (if known) _____

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
     List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody
     modifications, and contract disputes.

☐ No
☑ Yes.  Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **A. Philip Chang, The Chang Family Limited Partnership & Lisa Strong v. Darrell Uselton, et al.**<br><br>Case number  **Cause No. DC-07-07** | **Domestication of Foreign Default Judgment** | **101st District Court, Dallas County Texas**<br>Court Name<br>Number     Street<br><br><br>City                          State      ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **A. Philip Chang, The Chang Family Limited Partnership & Lisa Strong v. Darrell Uselton, et al.**<br><br>Case number  **07-07421** | **Collection** | **101st Judicial District Court, Dallas County, Texas**<br>Court Name<br>Number     Street<br><br><br>City                          State      ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **A. Philip Chang, The Chang Family Limited Partnership & Lisa Strong v. Bank Of America**<br><br>Case number  **DC-15-08952** | **Garnishment** | **101st Judicial District Court, Dallas County, Texas**<br>Court Name<br>Number     Street<br><br><br>City                          State      ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **A. Philip Chang, The Chang Family Limited Partnership & Lisa Strong v. JPMorgan Chase**<br><br>Case number  **DC-16-07428** | **Garnishment** | **101st Judicial District Court, Dallas County, Texas**<br>Court Name<br>Number     Street<br><br><br>City                          State      ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Debtor 1  **Darrel T Uselton** _____  Case number (if known) _____

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **A. Philip Chang, The Chang Family Limited Partnership & Lisa Strong v. Lincoln National Life Ins. Co.**<br><br>Case number  **DC-16-07423** | **Garnishment** | **101st Judicial District Court, Dallas County, Texas**<br>Court Name<br><br>Number    Street<br><br><br>City                         State      ZIP Code | ☐ Pending<br><br>☐ On appeal<br><br>☒ Concluded |
| **A. Philip Chang, The Chang Family Limited Partnership & Lisa Strong v. Darrell Uselton, et al.**<br><br>Case number  **DC-17-00639** | **Collection** | **101st Judicial District Court, Dallas County, Texas**<br>Court Name<br><br>Number    Street<br><br><br>City                         State      ZIP Code | ☐ Pending<br><br>☐ On appeal<br><br>☐ Concluded |
| **A. Philip Chang, The Chang Family Limited Partnership & Lisa Strong v. National Tractors, Inc., et al.**<br><br>Case number  **DC-15-09279** | **Nature of the case** | **101st Judicial District, Dallas County, Texas**<br>Court Name<br><br>Number    Street<br><br><br>City                         State      ZIP Code | ☐ Pending<br><br>☐ On appeal<br><br>☐ Concluded |

**10.  Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☒ No.  Go to line 11.
☐ Yes.  Fill in the information below.

**11.  Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No
☐ Yes.  Fill in the details.

**12.  Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

Debtor 1   **Darrel T Uselton** _____   Case number (if known) _____

| **Part 5:** | **List Certain Gifts and Contributions** |

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes.  Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes.  Fill in the details for each gift or contribution.

| **Part 6:** | **List Certain Losses** |

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

| **Part 7:** | **List Certain Payments or Transfers** |

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes.  Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Walker & Patterson, P.C.** <br> Person Who Was Paid | | | |
| **P.O. Box 61301** <br> Number    Street | | 4/19/2017 | $7,500.00 |
| | | | |
| **Houston**          **TX**    **77208** <br> City               State   ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Credit Counseling** <br> Person Who Was Paid | | | |
| Number    Street | | | $30.00 |
| | | | |
| City               State   ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor 1    **Darrel T Uselton**                                        Case number (if known) _____

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

---

**Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☑ Yes. Fill in the details.

|  | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Royal Parrot Conservatory, LLC**<br>Owner's Name | | **2004 Dodge Srpinter**<br>**Approx. 150,000 miles** | **$3,500.00** |
| **1011 W. Hidden Lake Lane**<br>Number    Street | Number    Street | | |
| **Richmond        TX    77406**<br>City          State  ZIP Code | City                State  ZIP Code | | |

---

Official Form 107                **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                page 7

Debtor 1   **Darrel T Uselton** _____   Case number (if known) _____

| | Where is the property? | Describe the property | Value |
|---|---|---|---|

**Royal Parrot Conservatory, LLC**
Owner's Name

Describe the property: **2007 Kawasaki Mule**   Value: **$2,000.00**

**1011 W. Hidden Lake Lane**
Number    Street                          Number    Street

**Richmond          TX    77406**
City              State  ZIP Code       City                   State   ZIP Code

---

**Royal Parrot Conservatory, LLC**
Owner's Name

Where is the property?   Describe the property: **2008 Easy Golf Cart**   Value: **$1,500.00**

**1011 W. Hidden Lake Lane**
Number    Street                          Number    Street

**Richmond          TX    77406**
City              State  ZIP Code       City                   State   ZIP Code

---

**Royal Parrot Conservatory, LLC**
Owner's Name

Where is the property?   Describe the property: **12 Ft. Plastic Jon Boat**   Value: **$400.00**

**1011 W. Hidden Lake Lane**
Number    Street                          Number    Street

**Richmond          TX    77406**
City              State  ZIP Code       City                   State   ZIP Code

---

**Royal Parrot Conservatory, LLC**
Owner's Name

Where is the property?   Describe the property: **1998 WW 16' Stock Trailer**   Value: **$1,000.00**

**1011 W. Hidden Lake Lane**
Number    Street                          Number    Street

**Richmond          TX    77406**
City              State  ZIP Code       City                   State   ZIP Code

---

**Royal Parrot Conservatory, LLC**
Owner's Name

Where is the property?   Describe the property: **2007 R/D Trialer 24' Gooseneck**   Value: **$3,000.00**

**1011 W. Hidden Lake Lane**
Number    Street                          Number    Street

**Richmond          TX    77406**
City              State  ZIP Code       City                   State   ZIP Code

---

Debtor 1   **Darrel T Uselton** _____   Case number (if known) _____

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Royal Parrot Conservatory, LLC** | | **Miscellaneous Lawn Equipment** | **$500.00** |

**Royal Parrot Conservatory, LLC**
Owner's Name

**1011 W. Hidden Lake Lane**
Number    Street

**Where is the property?**

Number    Street

_____

**Richmond**            **TX   77406**
City              State   ZIP Code

City              State   ZIP Code

---

**Describe the property**          **Value**

**Royal Parrot Conservatory, LLC**          **Miscellaneous Nest Boxes**          **$100.00**
Owner's Name

**1011 W. Hidden Lake Lane**
Number    Street

**Where is the property?**

Number    Street

_____

**Richmond**            **TX   77406**
City              State   ZIP Code

City              State   ZIP Code

---

**Describe the property**          **Value**

**Royal Parrot Conservatory, LLC**          **Miscellaneous Pet Carriers**          **$200.00**
Owner's Name

**1011 W. Hidden Lake Lane**
Number    Street

**Where is the property?**

Number    Street

_____

**Richmond**            **TX   77406**
City              State   ZIP Code

City              State   ZIP Code

---

**Describe the property**          **Value**

**Royal Parrot Conservatory, LLC**          **2007 Xmark Laser C60 Zero Turn Mower**          **$2,500.00**
Owner's Name

**1011 W. Hidden Lake Lane**
Number    Street

**Where is the property?**

Number    Street

_____

**Richmond**            **TX   77406**
City              State   ZIP Code

City              State   ZIP Code

---

**Describe the property**          **Value**

**Royal Parrot Conservatory, LLC**          **Allied Generator & Trailer**          **$1,500.00**
Owner's Name

**1011 W. Hidden Lake Lane**
Number    Street

**Where is the property?**

Number    Street

_____

**Richmond**            **TX   77406**
City              State   ZIP Code

City              State   ZIP Code

Debtor 1 __**Darrel T Uselton**_____   Case number (if known) _____

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Royal Parrot Conservatory, LLC** | | **Electric Power Washer** | **$100.00** |
| Owner's Name | | | |
| **1011 W. Hidden Lake Lane** | | | |
| Number    Street | Number    Street | | |
| | | | |
| **Richmond      TX    77406** | | | |
| City          State   ZIP Code | City             State   ZIP Code | | |

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Royal Parrot Conservatory, LLC** | | **Miscellaneous  Bird Cages and Nest Boxes** | **$200.00** |
| Owner's Name | | | |
| **1011 W. Hidden Lake Lane** | | | |
| Number    Street | Number    Street | | |
| | | | |
| **Richmond      TX    77406** | | | |
| City          State   ZIP Code | City             State   ZIP Code | | |

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Royal Parrot Conservatory, LLC** | | **Cement Mixer** | **$100.00** |
| Owner's Name | | | |
| **1011 W. Hidden Lake Lane** | | | |
| Number    Street | Number    Street | | |
| | | | |
| **Richmond      TX    77406** | | | |
| City          State   ZIP Code | City             State   ZIP Code | | |

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Royal Parrot Conservatory, LLC** | | **Commercial Fan** | **$50.00** |
| Owner's Name | | | |
| **1011 W. Hidden Lake Lane** | | | |
| Number    Street | Number    Street | | |
| | | | |
| **Richmond      TX    77406** | | | |
| City          State   ZIP Code | City             State   ZIP Code | | |

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Royal Parrot Conservatory, LLC** | | **3 Fans** | **$60.00** |
| Owner's Name | | | |
| **1011 W. Hidden Lake LAne** | | | |
| Number    Street | Number    Street | | |
| | | | |
| **Richmond      TX    77406** | | | |
| City          State   ZIP Code | City             State   ZIP Code | | |

Debtor 1    **Darrel T Uselton** _____    Case number (if known) _____

| | Where is the property? | Describe the property | Value |
|---|---|---|---|

**Royal Parrot Conservatory, LLC**
Owner's Name

**1011 W. Hidden Lake Lane**
Number    Street

Number    Street

**Richmond**        **TX**    **77406**
City                State   ZIP Code

City                      State   ZIP Code

**2 Manzanita Bird Stands**         $100.00

---

Where is the property?    Describe the property    Value

**Royal Parrot Conservatory, LLC**
Owner's Name

**1011 W. Hidden Lake Lane**
Number    Street

Number    Street

**Richmond**        **TX**    **77406**
City                State   ZIP Code

City                      State   ZIP Code

**Miscellaneous Bird Bowls & Feeders**         $200.00

---

Where is the property?    Describe the property    Value

**Royal Parrot Conservatory, LLC**
Owner's Name

**1011 W. Hidden Lake Lane**
Number    Street

Number    Street

**Richmond**        **TX**    **77406**
City                State   ZIP Code

City                      State   ZIP Code

**Miscellaneous Bird Cages & Carriers**         $100.00

---

Where is the property?    Describe the property    Value

**Royal Parrot Conservatory, LLC**
Owner's Name

**1011 W. Hidden Lake Lane**
Number    Street

Number    Street

**Richmond**        **TX**    **77406**
City                State   ZIP Code

City                      State   ZIP Code

**Proud Commercial Refrigerator**         $1,000.00

---

Where is the property?    Describe the property    Value

**Royal Parrot Conservatory, LLC**
Owner's Name

**1011 W. Hidden Lake Lane**
Number    Street

Number    Street

**Richmond**        **TX**    **77406**
City                State   ZIP Code

City                      State   ZIP Code

**Rubbermaid Feed Bowls**         $100.00

---

Debtor 1    **Darrel T Uselton** _____    Case number (if known) _____

| | Where is the property? | Describe the property | Value |
|---|---|---|---|

**Royal Parrot Conservatory, LLC**
Owner's Name
**1011 W. Hidden Lake Lane**
Number    Street          Number    Street

**Richmond      TX   77406**
City          State   ZIP Code    City          State   ZIP Code

Describe the property: **Rubbermaid Tubs**    Value: **$25.00**

Where is the property?

**Royal Parrot Conservatory, LLC**
Owner's Name
**1011 W. Hidden Lake Lane**
Number    Street          Number    Street

**Richmond      TX   77406**
City          State   ZIP Code    City          State   ZIP Code

Describe the property: **Stainless Steel Prep Table**    Value: **$50.00**

Where is the property?

**Royal Parrot Conservatory, LLC**
Owner's Name
**1011 W. Hidden Lake Lane**
Number    Street          Number    Street

**Richmond      TX   77406**
City          State   ZIP Code    City          State   ZIP Code

Describe the property: **Stainless Steel Sink**    Value: **$100.00**

Where is the property?

**Royal Parrot Conservatory, LLC**
Owner's Name
**1011 W. Hidden Lake Lane**
Number    Street          Number    Street

**Richmond      TX   77406**
City          State   ZIP Code    City          State   ZIP Code

Describe the property: **16 Walking Aviaries**    Value: **$3,200.00**

Where is the property?

**Royal Parrot Conservatory, LLC**
Owner's Name
**1011 W. Hidden Lake Lane**
Number    Street          Number    Street

**Richmond      TX   77406**
City          State   ZIP Code    City          State   ZIP Code

Describe the property: **Walking Finch Aviary**    Value: **$200.00**

Debtor 1   **Darrel T Uselton** _____   Case number (if known) _____

| | Where is the property? | Describe the property | Value |
|---|---|---|---|

**Royal Parrot Conservatory, LLC**
Owner's Name

**1011 W. Hidden Lake Lane**
Number    Street                                    Number    Street

_____    _____

**Richmond          TX    77406**
City                State    ZIP Code         City                      State    ZIP Code

**Describe the property**   **Value**
**Whirlpool Refrigerator**      $50.00

---

**Where is the property?**   **Describe the property**   **Value**

**Royal Parrot Conservatory, LLC**
Owner's Name

**1011 W. Hidden Lake Lane**
Number    Street                                    Number    Street

_____    _____

**Richmond          TX    77406**
City                State    ZIP Code         City                      State    ZIP Code

**16 Miscellaneous Of Garage Sale**      $160.00

---

**Where is the property?**   **Describe the property**   **Value**

**Royal Parrot Conservatory, LLC**
Owner's Name

**1011 W. Hidden Lake Lane**
Number    Street                                    Number    Street

_____    _____

**Richmond          TX    77406**
City                State    ZIP Code         City                      State    ZIP Code

**2 New Fodder Feed System**      $4,000.00

---

**Where is the property?**   **Describe the property**   **Value**

**Royal Parrot Conservatory, LLC**
Owner's Name

**1011 W. Hidden Lake Lane**
Number    Street                                    Number    Street

_____    _____

**Richmond          TX    77406**
City                State    ZIP Code         City                      State    ZIP Code

**2 Stainless Steel Sinks**      $200.00

---

**Where is the property?**   **Describe the property**   **Value**

**Royal Parrot Conservatory, LLC**
Owner's Name

**1011 W. Hidden Lake Lane**
Number    Street                                    Number    Street

_____    _____

**Richmond          TX    77406**
City                State    ZIP Code         City                      State    ZIP Code

**Table Saw**      $100.00

Debtor 1    **Darrel T Uselton** _____    Case number (if known) _____

| | Where is the property? | Describe the property | Value |
|---|---|---|---|

**Royal Parrot Conservatory, LLC**
Owner's Name

**1011 W. Hidden Lake Lane**
Number    Street                          Number    Street

**Describe the property**        **Value**

**4000 Watt Generator**          **$700.00**

_____

**Richmond        TX   77406**
City             State  ZIP Code    City                State  ZIP Code

**Where is the property?**        **Describe the property**        **Value**

**Celia Hernandez  (Mother-In -Law)**
Owner's Name                                                       **Audio Visual Equipment**      **$75.00**

**1011 W. Hidden Lake Lane**
Number    Street                          Number    Street

**Richmond        TX   77406**
City             State  ZIP Code    City                State  ZIP Code

**Where is the property?**        **Describe the property**        **Value**

**Celia Hernandez  (Mother-In -Law)**
Owner's Name                                                       **5 Piece Bedroom Set**          **$500.00**

**1011 W. Hidden Lake Lane**
Number    Street                          Number    Street

**Richmond        TX   77406**
City             State  ZIP Code    City                State  ZIP Code

**Where is the property?**        **Describe the property**        **Value**

**Celia Hernandez  (Mother-In -Law)**
Owner's Name                                                       **Bookshelf**                    **$25.00**

**1011 W. Hidden Lake Lane**
Number    Street                          Number    Street

**Richmond        TX   77406**
City             State  ZIP Code    City                State  ZIP Code

**Where is the property?**        **Describe the property**        **Value**

**Celia Hernandez  (Mother-In -Law)**
Owner's Name                                                       **Corner Cabinet**               **$25.00**

**1011 W. Hidden Lake Lane**
Number    Street                          Number    Street

**Richmond        TX   77406**
City             State  ZIP Code    City                State  ZIP Code

Debtor 1      **Darrel T Uselton** _____      Case number (if known) _____

| | Where is the property? | Describe the property | Value |
|---|---|---|---|

**Celia Hernandez  (Mother-In -Law)**
Owner's Name

**1011 W. Hidden Lake Lane**
Number     Street                                          Number     Street

_____     _____

**Richmond          TX    77406**
City                  State   ZIP Code              City                         State   ZIP Code

**Linens and Towels**                          **$50.00**

Where is the property?          Describe the property          Value

**Celia Hernandez  (Mother-In -Law)**
Owner's Name

**1011 W. Hidden Lake Lane**
Number     Street                                          Number     Street

_____     _____

**Richmond          TX    77406**
City                  State   ZIP Code              City                         State   ZIP Code

**Recliner**                          **$100.00**

Where is the property?          Describe the property          Value

**Celia Hernandez  (Mother-In -Law)**
Owner's Name

**1011 W. Hidden Lake Lane**
Number     Street                                          Number     Street

_____     _____

**Richmond          TX    77406**
City                  State   ZIP Code              City                         State   ZIP Code

**Television**                          **$100.00**

Where is the property?          Describe the property          Value

**Celia Hernandez  (Mother-In -Law)**
Owner's Name

**1011 W. Hidden Lake Lane**
Number     Street                                          Number     Street

_____     _____

**Richmond          TX    77406**
City                  State   ZIP Code              City                         State   ZIP Code

**Womens Clothing and Shoes**          **$300.00**

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page 15

Debtor 1    **Darrel T Uselton**                                           Case number (if known) _____

| **Part 10:** | **Give Details About Environmental Information** |

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Fill in the details.

25.  **Have you notified any governmental unit of any release of hazardous material?**
☑ No
☐ Yes.  Fill in the details.

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No
☐ Yes.  Fill in the details.

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☑ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.
☑ Yes.  Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| **Houston Trailers, Inc., f/k/a National** | Describe the nature of the business | Employer Identification number |
| Business Name | **Tractor & Trailer Sales** | Do not include Social Security number or ITIN. |
| **4911 Ave H** | | EIN: **4** – **6** – **5** **3** **7** **7** **8** **4** **1** |
| Number      Street | Name of accountant or bookkeeper | |
| | | Dates business existed |
| **Rosenberg**        **TX**    **77471** | | From _____ **2014** _____ To ____ **Present** ____ |
| City                State   ZIP Code | | |

Debtor 1    **Darrel T Uselton**                                           Case number (if known) _____

**28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☐ No
☑ Yes.  Fill in the details below.

                                                                  Date issued

**Northpoint Financial**                                          _____
Name

_____
Number     Street

_____

_____
City                              State     ZIP Code

                                                                  Date issued

**Wells Fargo**                                                   _____
Name

_____
Number     Street

_____

_____
City                              State     ZIP Code

---

**Part 12:    Sign Below**

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

X **/s/ Darrel T Uselton**_____     X _____
  Darrel T Uselton, Debtor 1                      Signature of Debtor 2

  Date    **07/17/2017**_____                  Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____     Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1    __Darrel__          __T__              __Uselton__
            First Name          Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name     Middle Name       Last Name

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number
(if known)    _____

☐ Check if this is an
  amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause.  You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Hold Secured Claims |
|---|---|

1.  **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Hold Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Ford Motor Credit**<br><br>Description of property securing debt: **F250 King Ranch** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: **Debtor will continue making payments to creditor without reaffirming.** | ☐ No<br>☐ Yes |
| Creditor's name: **Ford Motor Credit**<br><br>Description of property securing debt: **2015 Ford F-150** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: **Debtor will continue making payments to creditor without reaffirming.** | ☐ No<br>☐ Yes |

Debtor 1    **Darrel T Uselton** _____    Case number (if known) _____

**Identify the creditor and the property that is collateral**

| | |
|---|---|
| Creditor's name: | **Toyota Motor Credit** |
| Description of property securing debt: | **2015 Toyota Sienna (approx. 22000 miles)** |

**What do you intend to do with the property that secures a debt?**

☐ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☑ Retain the property and [explain]:
   **Debtor will continue making payments to creditor without reaffirming.**

**Did you claim the property as exempt on Schedule C?**

☐ No
☐ Yes

---

## Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below.  Do not list real estate leases.  *Unexpired leases* are leases that are still in effect; the lease period has not yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it.  11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**                    **Will this lease be assumed?**

**None.**

---

## Part 3:    Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X **/s/ Darrel T Uselton** _____        X _____
Darrel T Uselton, Debtor 1                                        Signature of Debtor 2

Date **07/17/2017** _____                          Date _____
     MM / DD / YYYY                                             MM / DD / YYYY

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 2

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

---

<div style="border:1px solid">

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

</div>

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liqudation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

---

|   |       |                    |
|---|-------|--------------------|
|   | $245  | filing fee         |
|   | $75   | administrative fee |
| + | $15   | trustee surcharge  |
|   | $335  | total fee          |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount.  You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7.  This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2).  The calculations on the form-- sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors.  If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code.  If a motion is filed, the court will decide if your case should be dismissed.  To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property.  The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*.  Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic.  To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C).  If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11:  Reorganization

|   |   |   |
|---|---|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals.  The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are.  If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully.  The rules are technical, and a mistake or inaction may harm you.  If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid.  You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings.  If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged.  The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

---

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **Darrel T Uselton**

Case No. _____

Chapter  **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept..............................................Fixed Fee: _____ **$0.00**

   Prior to the filing of this statement I have received......................................................... _____ **$7,500.00**

   Balance Due................................................................................................................... _____ **($7,500.00)**

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐   I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **07/17/2017** | **/s/ Johnie Patterson** | |
|---|---|---|
| *Date* | *Johnie Patterson* | Bar No.  15601700 |
| | Walker & Patterson, P.C. | |
| | P.O. Box 61301 | |
| | Houston, TX 77208 | |
| | Phone: (713) 956-5577 / Fax: (713) 956-5570 | |