

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/23/2017

| | | |
|---|---|---|
| In Re: | § | Case No. 17-34351-H4-7 |
| | § | |
| DARREL USELTON | § | (Chapter 7) |
| | § | |
| | § | |
| Debtor | § | |

**ORDER EXTENDING DEADLINE TO OBJECT TO DEBTOR'S EXEMPTIONS**

(23)

On this day came on to be considered the Trustee's Motion for Extension of Time to Object to Debtor's Exemptions (the "Motion"). Proper service has been shown. The Court has considered the matters raised in the Motion and finds the Motion meritorious. Therefore, it is

**ORDERED** that the deadline for Allison D. Byman, Chapter 7 Trustee, creditors, parties in interest and the United States Trustee to file objections to the Debtor's exemptions is extended to November 20, 2017. It is

**FURTHER ORDERED** that nothing herein shall prevent the Trustee from filing a timely motion for a further extension of time, if needed.

DATED: 10/23/2017

_____
JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE

Uselton: 3022252