

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
10/17/2019

| | | |
|---|---|---|
| IN RE: | § § § | |
| DARREL T. USELTON | § § | Case No. 17-34351 |
| Debtors. | § § | (Chapter 7) |

**ORDER GRANTING FIRST INTERIM APPLICATION OF SPECIAL LITIGATION COUNSEL FOR ALLOWANCE OF COMPENSATION**
(Docket No. 67)

The Court, after notice and opportunity for hearing, has considered the First Interim Application of Special Litigation Counsel for Allowance of Compensation from January 11, 2018 to August 15, 2019 filed by McCloskey Roberson, PLLC ("MR").

The Court has determined that the Application meets the requirements as set forth under Section 328 of the Bankruptcy Code, BANKR. R. 2016 and BANKR. LOC. R. 2016. The Court has further considered its prior Order approving a contingency fee agreement between the Trustee and MR. Accordingly, it is **ORDERED THAT:**

1. MR is awarded interim compensation of professional fees in the amount of $30,439.54 from January 11, 2018 to August 15, 2019 and reimbursement of expenses in the amount of $7,601.63.

2. The Trustee is authorized to pay the compensation and expenses awarded herein as a chapter 7 administrative expense.

Signed: October 17, 2019



_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**